B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Furniture Brands International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**43-0337683** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1 N. Brentwood Blvd.**<br>**St. Louis, MO**<br><br>ZIP CODE **63105** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**St. Louis County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**   ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (consolidated basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Assets (consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

Estimated Liabilities (consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

B1 (Official Form 1) (04/13)                                                                                                                    Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> Furniture Brands International, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: <br> See Schedule 1 | Case Number: | Date Filed: |
| District: <br> District of Delaware | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☑  Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)  (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Furniture Brands International, Inc. |
|---|---|

<b>Signatures</b>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _____
    Signature of Attorney for Debtor(s)
    M. Blake Cleary (No. 3614)
    Printed Name of Attorney for Debtor(s)
    Young Conaway Stargatt & Taylor, LLP
    Firm Name

    Rodney Square, 1000 North King Street
    Wilmington, DE 19801
    Address
    (302) 571-6600
    Telephone Number
    09/09/2013
    Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
    Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual
    Vance C. Johnston
    Printed Name of Authorized Individual
    Chief Financial Officer
    Title of Authorized Individual
    09/09/2013
    Date

## SCHEDULE 1 TO PETITION

**Pending Bankruptcy Cases in the District of Delaware
Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion has been filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the case number assigned to the chapter 11 case of Furniture Brands International, Inc.

1. Action Transport, Inc.
2. Broyhill Furniture Industries, Inc.
3. Broyhill Home Furnishings, Inc.
4. Broyhill Retail, Inc.
5. Broyhill Transport, Inc.
6. Furniture Brands Holdings, Inc.
7. Furniture Brands Operations, Inc.
8. Furniture Brands Resource Company, Inc.
9. HDM Furniture Industries, Inc.
10. HDM Retail, Inc.
11. HDM Transport, Inc.
12. Lane Furniture Industries, Inc.
13. Lane Home Furnishings Retail, Inc.
14. Laneventure, Inc.
15. Maitland-Smith Furniture Industries, Inc.
16. Thomasville Furniture Industries, Inc.
17. Thomasville Home Furnishings, Inc.
18. Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.)

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re  Furniture Brands International, Inc.          ,          )          Case No. 13 - _____ (__)

          Debtor          )

          )

          )          Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-00091          .

2. The following financial data is the latest available information and refers to the debtor's condition on June 29, 2013          .

| | | |
|---|---|---|
| a. Total assets | $ | 546,732,000.00 |
| b. Total debts (including debts listed in 2.c., below) | $ | 550,132,000.00 |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 0 | 0 |
| e. Number of shares common stock | 8,041,438 | 1,038 |

Comments. if any:

3. Brief description of debtor's business:
Furniture Brands International, Inc. is a world leader in designing, manufacturing, sourcing, and retailing home furnishings.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Samson Holding Ltd. and its beneficial owners (including Advent Group Ltd, Magnificent Capital Holding Ltd, and Mr. Shan Hei Kuo and Ms. Yi-Mei Liu) - 9.5%
Dimensional Fund Advisors LP - 5.45%

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------x
                                           :
```
*In re:*                                   :    **Chapter 11**
                                           :
**Furniture Brands International, Inc.,**  :    **Case No. 13-_____ (____)**
                                           :
                                           :
        **Debtor.**                        :    **Joint Administration Requested**
                                           :
```
-----------------------------------------------------x
```

## STATEMENT ON LIST OF CREDITORS AND EQUITY SECURITY HOLDERS

The above-captioned debtor (the "Debtor") filed a petition in this court on September 9,

2013 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

As soon as practicable, the Debtor will file a motion requesting a waiver or an extension of the

requirement for filing a list of creditors and equity security holders pursuant to sections 105(a),

342(a), and 521(a)(1) of title 11 of the United States Code, Rules 1007(a) and 2002(a), (f), and

(l) of the Federal Rules of Bankruptcy Procedure.


Dated:  September 9, 2013

                            _____
                            By: Vance C. Johnston

                            Title: Chief Financial Officer

SIGNATURE PAGE TO DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS FOR FURNITURE BRANDS
INTERNATIONAL, INC.

## CERTIFICATE OF RESOLUTIONS

I, Vance C. Johnston, a duly authorized officer of the Furniture Brands International, Inc. (the "Company"), hereby certify that, the following resolutions were adopted at a special meeting of the board of directors of the Company, (the "Board") on September 9, 2013 and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED, that any of the Company's Chief Executive Officer, Chief Financial Officer or General Counsel (each being an "Authorized Person" and all being the "Authorized Persons") are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver and verify any and all petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED, that the law firms of Paul Hastings LLP and Young Conaway Stargatt & Taylor, LLP are hereby engaged as the attorneys for the Company under respective general retainers in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the firm of Alvarez and Marsal North America, LLC is hereby engaged as restructuring advisors for the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the firm of Miller Buckfire & Co., LLC is hereby engaged as investment banker for the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the firm of Epiq Systems, Inc. is hereby engaged as the claims and noticing agent for the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful

prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that each Authorized Person is, authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by special counsel, auctioneers, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case, subject to any requisite court approval, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

## DIP Facility

FURTHER RESOLVED, that in connection with the commencement of the Chapter 11 Case, each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to negotiate, execute, deliver and perform or cause the performance of that certain Senior Secured Super-Priority Debtors in Possession Credit Agreement, dated as of September 9, 2013, including, in connection therewith, such guarantees, notes, security agreements and other agreements, certificates, or instruments as such officer or officers executing the same considers necessary, appropriate, proper, or advisable, such determination to be conclusively evidence by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates thereof.

RESOLVED, that each Authorized Person, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such others agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such persons shall be or become necessary, proper and desirable to effectuate a successful reorganization of the business of the Company or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action.

RESOLVED, each Authorized Person, is, authorized, empowered and directed to, in the name and on behalf of the Company, as the case may be, and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects: (i) negotiate, execute, deliver and/or file any and all

2

of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) perform such other acts as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

### Asset Purchase Agreement

FURTHER RESOLVED, that in connection with the commencement of the Chapter 11 Case, each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized and empowered: (i) to execute and deliver, and undertake any and all transactions contemplated by, that certain Asset Purchase Agreement, dated as of September 9, 2013 (together with any ancillary or related governing documents, certificates or agreements, the "Asset Purchase Agreement") on substantially the same terms set forth in the Asset Purchase Agreement and (ii) to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the Asset Purchase Agreement, including, without limitation, any fees and expenses, all as set forth in the Asset Purchase Agreement, which shall in their sole judgment be necessary, proper, or advisable to perform the Company's obligations under or in connection with the Asset Purchase Agreement and the transactions contemplated therein and to carry out fully the intent of the foregoing resolution.

RESOLVED, that all acts and actions taken by the Company and its Authorized Persons prior to the date hereof with respect to the Asset Purchase Agreement and the transactions contemplated therein shall be, and hereby are, in all respects confirmed, approved and ratified.

RESOLVED, that, any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed, and approved.

3

**Securities Filings**

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed, in the Company's name and on its behalf, to execute and file with the Securities and Exchange Commission (the "SEC") a current report on Form 8-K with the SEC under the Securities Exchange Act in respect of the Chapter 11 Case, the DIP facility and the Asset Purchase Agreement.

**Issuance of Press Release**

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed to issue, or cause to be issued, a press release announcing the Chapter 11 Case, the DIP facility and the Asset Purchase Agreement.

**General**

FURTHER RESOLVED, that the officers of the Company be, and each of them hereby is, in all respects, authorized, empowered and directed, in the name and on behalf of the Company, to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file all such further documents, certificates and instruments as such officer deems necessary, desirable or advisable to fully carry out the intent of the foregoing resolutions, such determination to be conclusively evidenced by the taking of such action or the execution and delivery of any such further document; and

RESOLVED, that any and all actions previously or hereafter taken and any and all documents, certificates or instruments (however characterized or described) previously or hereafter executed and delivered or filed and recorded on behalf of the Company, by the officers of the Company, and others acting on the Company's behalf pursuant to authority granted to them by the Directors or by the appropriate officers of the Company, in order to carry into effect the purposes and intent of the foregoing resolutions are hereby ratified, confirmed, adopted and approved in all respects.

IN WITNESS WHEREOF, I have set my hand this 9th of September, 2013.

/s/

By:     Vance C. Johnston
Title: Senior Vice President & Chief
            Financial Officer

4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                                                             :
*In re:*                                                     :    **Chapter 11**
                                                             :
**FURNITURE BRANDS**                                         :    **Case No. 13-_____ (____)**
**INTERNATIONAL, INC.,** *et al.,*                           :
                                                             :
Debtors.[1]                                                  :    **Joint Administration Requested**
                                                             :
-------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 1007(a)(1) OF FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Furniture Brands International, Inc. ("FBN") and its direct and indirect domestic subsidiaries in the above-referenced chapter 11 cases, as debtors in possession (collectively the "Debtors"), respectfully represent as follows:

1.     FBN is the corporate parent of each of the other Debtors in these chapter 11 cases and directly or indirectly owns a 100% interest in all of the other Debtors.

2.     FBN's equity securities are publicly held.  No entity directly or indirectly owns 10% or more of the issued and outstanding common stock of FBN.

3.     The Debtors do not (i) directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded or (ii) own an interest in any general or limited partnership or joint venture.

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174).  The Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

Attached hereto as **Exhibit A** is an organizational chart reflecting all the ownership interests in each Debtor other than FBN.

## EXHIBIT A

### Capital Structure and Organizational Chart

Furniture Brands International, Inc. – Legal Entity Ownership Structure



UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

--------------------------------------------------------------x
                                                              :
*In re:*                                                      :    **Chapter 11**
                                                              :
**FURNITURE BRANDS**                                          :    **Case No. 13-_____ (____)**
**INTERNATIONAL, INC.,** *et al.,*                            :
                                                              :
                    Debtors.[1]                               :    **Joint Administration Requested**
                                                              :
--------------------------------------------------------------x

### DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Furniture Brands International, Inc. and its

affiliated debtors in the above-referenced chapter 11 cases, named as a debtor in this case,

declare under penalty of perjury that I have reviewed the Corporate Ownership Statement

submitted herewith and that it is true and correct to the best of my information and belief.

Dated:  September 9, 2013
        St. Louis, Missouri

                            Furniture Brands International, Inc., *et al.*

                            By:     _____
                            Name:   Vance C. Johnston
                            Title:  Chief Financial Officer

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification
        number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587);
        Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc.
        (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands
        Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc.
        (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064);
        Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries,
        Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139);
        Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174).  The Debtors' corporate
        headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------------x
                  :

*In re:*                :    **Chapter 11**

                 :

**FURNITURE BRANDS**    :    **Case No. 13-_____ (____)**
**INTERNATIONAL, INC.,** *et al.,*  :

                 :

      **Debtors.**[1]      :    **Joint Administration Requested**

                 :

---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 30 largest unsecured claims against

Furniture Brands International, Inc. and certain affiliated entities, as the above-captioned debtors

and debtors in possession, which have contemporaneously commenced chapter 11 cases in this

Court (collectively the, "Debtors"). This list has been prepared on a consolidated basis from

Debtors unaudited books and records, as of September 7, 2013. The list is prepared in

accordance with Fed. R. Bankr. P. 1007(d) for filing in Debtors' chapter 11 cases. This list does

not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C.

§ 101(31) or (b) parties holding secured claims. The information herein shall not constitute an

admission of liability by, nor is it binding on, any Debtors entity with respect to all or any

portion of the

---

[1]    The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174). Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

claims listed below.  Moreover, nothing herein shall affect any Debtors entity's right to challenge the amount or characterization of any claim at a later date.

| Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar With Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Contingent, Unliquidated, Disputed, Or Subject To Setoff | Amount of Claim |
|---|---|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | 1200 K STREET NW #340 WASHINGTON, DC 20005 Fax: 202-326-4112/(202) 326-4047 | Pension | Contingent | Unliquidated |
| LF PRODUCTS PTE LTD | P.O. BOX 151750 ALEXANDRIA, VA 22315-1750 Fax: 202-326-4112/(202) 326-4047 | Trade Debt | Unliquidated | $2,518,722.57 |

| | | | | |
|---|---|---|---|---|
| ZHEJIANG AUSEN INDUSTRY CO LTD | 10 RAEBURN PARK 03 08 BLOCK A SINGAPORE, 88702 SINGAPORE Email: CherylWong@sin.lfcentennial.com | Trade Debt | Unliquidated | $2,373,620.46 |
| SHENZHEN POLYGRACE (LEATHER MIRACLES) | NO 6 HENGSHAN ROAD HAINING ZHEJIANG, CHINA Fax: 86-573-87385111 | Trade Debt | Unliquidated | $1,656,766.23 |
| Yash Technologies Pvt Ltd | C/O LEATHER MIRACLES LLC 3350 20TH AVE SE HICKORY, NC 28602 Fax: (828) 464-7447 | Trade Debt | Unliquidated | $1,489,825.70 |
| FOOKYIK FURNITURE INTERNATIONAL CO LTD | 605 17TH AVE EAST MOLINE, IL 61244 Fax: 309-796-1242 | Trade Debt | Unliquidated | $1,403,763.20 |

| | | | | |
|---|---|---|---|---|
| PENSKE TRUCK LEASING | RUA ALEGRIA NO 93-A-109 17 ANDAR B ED FOK SENG KOK MACAU CHINA<br>Fax: 86 760 8650639 / 86 760 85321722l | Trade Debt | Unliquidated | $1,208,170.87 |
| STEIN FIBERS | P O BOX 532658<br>ATLANTA, GA 30353-2658<br>Fax: 610-775-2449 | Trade Debt | Unliquidated | $989,142.02 |
| Haining Kareno | MILBERG FACTORS INC<br>99 PARK AVENUE<br>NEW YORK, NY 10016<br>Fax: 518 489 5713 | Trade Debt | Unliquidated | $962,135.19 |
| NIPPON YUSEN KABUSHI (NYK) | Xinzhuang Village Xiashi Town<br>Haining City, 314400 CHINA<br>Fax: 86-573-87218205 | Trade Debt | Unliquidated | $954,572.55 |

| | | | | |
|---|---|---|---|---|
| WATKINS & SHEPARD | C/O NYK SERVICES N.A INC<br>P.O. BOX 3480<br>CORDOVA, TN 38088<br>Fax: 630-435-3240 | Trade Debt | Unliquidated | $903,470.66 |
| HAINING NICELINK FURNITURE | P.O. BOX 5328<br>MISSOULA, MT 59806-5328<br>Fax: 406 721 4116 | Trade Debt | Unliquidated | $887,708.71 |
| HORIZON RETAIL CONTRUCTION | N 6400 HWY 10W<br>MISSOULA, MT 59808<br>Fax: 406 721 4116 | Trade Debt | Unliquidated | $873,424.81 |
| ROCKTENN CP LLC | NORTH HUANZHEN RD CHANGAN<br>TOWN HAINING CITY<br>ZHEJIANG PROVINCE, CHINA<br>Fax: 86 573 57428801 | Trade Debt | Unliquidated | $827,268.59 |

| | | | | |
|---|---|---|---|---|
| DER CHENG FURNITURE (SHENZHEN) CO LTD | 1500 HORIZON DR STURTEVANT, WI 53177-2066 Fax: 262-638-6015 | Trade Debt | Unliquidated | $688,897.74 |
| GEORGIA-PACIFIC WOOD PRODUCTS | 1120 E Clarendon Drive DALLAS, TX 75284-0865 Fax: 214-941-8048 | Trade Debt | Unliquidated | $651,526.58 |
| HICKORY SPRINGS MFG CO | NO 2, 139 LANE FENG NIEN ROAD FENG YUAN CITY TAICHUNG HSIEN, TAIWAN | Trade Debt | Unliquidated | $589,044.36 |
| OMEXEY HOME FURNISHING CORP VIETNAM | 133 Peachtree Street, NE ATLANTA, GA 30303 Fax: 404 749-2454 | Trade Debt | Unliquidated | $588,876.09 |

| | | | | |
|---|---|---|---|---|
| Culp | P O BOX 9237<br>HICKORY, NC 28603<br>Fax: 828-322-7168 | Trade Debt | Unliquidated | $586,454.34 |
| NIHAO FURNITURE<br>MANUFACTURING | O/B TIMES PACIFIC LIMITED TAN HIEP<br>VILLAGE, TAN UYEN DISTRICT<br>BINH DUONG PROVINCE, 72000<br>VIETNAM | Trade Debt | Unliquidated | $582,892.00 |
| DONGGUAN YIHAO FURNITURE<br>CO LTD | 1823 EASTCHESTER DRIVE<br>HIGH POINT, NC 27265<br>Fax: 336-889-7246 | Trade Debt | Unliquidated | $566,296.00 |
| SHAYNE INTERNATIONAL | A-25 5399 WAIQINGSONG ROAD<br>QINGPU<br>SHANGHAI, 201707 CHINA<br>Fax: 336-889-7246 | Trade Debt | Unliquidated | $562,925.19 |

| | | | | |
|---|---|---|---|---|
| Pilot Travel Centers, LLC | CUT AND SEWN FABRIC<br>P.O. BOX 751007<br>CHARLOTTE, NC 28275<br>Fax: 336-889-7246 | Trade Debt | Unliquidated | $541,788.41 |
| NYK LOGISTICS | PO BOX 2686<br>HIGH POINT, NC 27261<br>Fax: 336-889-7246 | Trade Debt | Unliquidated | $539,330.41 |
| STANDARD REGISTER CO | PROCESSING ZONE,<br>BEIJING ROAD SHANGHAI, 201707<br>CHINA<br>Fax: 336-889-7246 | Trade Debt | Unliquidated | $531,702.79 |
| MOL AMERICA INC | BAOLIAN INDUSTRIAL ZONE GAOBU<br>TOWN DONGGUAN GUANGDONE,<br>52328 CHINA<br>Fax: 86 755 33203719 | Trade Debt | Unliquidated | $510,604.85 |

| | | | | |
|---|---|---|---|---|
| INDEPENDENT FURN SUPPLY | DATANGLANG DISTRICT<br>DALINGSHAN TOWN<br>DONGGUAN CITY<br>GUANGDONG PROVINCE, CHINA | Trade Debt | Unliquidated | $476,753.76 |
| SUPERWOOD | LANDMARK SQUARE 3RD FLOOR<br>64 EARTH CLOSE<br>P.O. BOX 30592<br>GRAND CAYMAN ISLANDS, K71-1203<br>CAYMAN ISLANDS | Trade Debt | Unliquidated | $470,595.53 |
| YANG MING MARINE TRANSPORT | 5508 Lonas Drive<br>KNOXVILLE, TN 37909<br>Fax: 865-450-2800 | Trade Debt | Unliquidated | $463,760.00 |
| GREEN RIVER FURNITURE CORP | P.O. BOX 10146<br>KNOXVILLE, TN 37939-0146<br>Fax: 865-450-2800 | Trade Debt | Unliquidated | $452,960.92 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                      :
In re:                                :    Chapter 11
                                      :
FURNITURE BRANDS                      :    Case No. 13-_____ (____)
INTERNATIONAL, INC., et al.,          :
                                      :
         Debtors.¹                    :    Joint Administration Requested
                                      :
--------------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Furniture Brands International, Inc. and its affiliated debtors in the above-captioned cases, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holdings 30 Largest Unsecured Claims, submitted herewith, and that it is true and correct to the best of my information and belief.

Dated:  September 9, 2013
St. Louis, Missouri

Furniture Brands International, Inc., *et al*

By: _____
Name:   Vance C. Johnston
Title:    Chief Financial Officer

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174).  Debtors corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.