## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FURNITURE BRANDS | : | Case No. 13-12329-CSS |
| INTERNATIONAL, INC., *et al*., | : | |
| | : | |
| Debtors. | : | |
| | : | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE that NYK Line, by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

> Rick A. Steinberg, Esquire
> Nowell Amoroso Klein Bierman, P.A.
> 155 Polifly Road
> Hackensack, NJ 07601
> Tel. (201) 343-5001
> Fax (201) 343-5181
> rsteinberg@nakblaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that NYK Line does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in

any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: September 10, 2013
      Hackensack, New Jersey

                                NOWELL AMOROSO KLEIN BIERMAN, P.A.

                By:    */s/ Rick A. Steinberg*
                         Rick A. Steinberg, Esq.
                         Nowell Amoroso Klein Bierman, P.A.
                         155 Polifly Road
                         Hackensack, NJ 07601
                         Tel. (201) 343-5001
                         Fax (201) 343-5181
                         rsteinberg@nakblaw.com

                         *Counsel to NYK Line*

## **CERTIFICATE OF SERVICE**

I, Rick A. Steinberg, hereby certify that on this 10th day of September, 2013, I caused a copy of the foregoing Notice of Appearance and Request for Service of All Papers to be served upon the following via electronic mail:

**All parties on the electronic service list.**

Dated: September 10, 2013
Hackensack, New Jersey

                                      NOWELL AMOROSO KLEIN BIERMAN, P.A.

                       By:   */s/ Rick A. Steinberg*
                                Rick A. Steinberg, Esq.
                                Nowell Amoroso Klein Bierman, P.A.
                                155 Polifly Road
                                Hackensack, NJ 07601
                                Tel. (201) 343-5001
                                Fax (201) 343-5181
                                rsteinberg@nakblaw.com

                                *Counsel to NYK Line*