IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **FURNITURE BRANDS** | ) | |
| **INTERNATIONAL, INC.,** *et al.*, | ) | Case No. 13-12329 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that Blank Rome LLP and Mitchell McNutt and Sams, P.A. hereby appear in the above-captioned cases as counsel for *Tombigbee Electric Power Association* ("***TEPA***") and request, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

| | | |
|---|---|---|
| Michael B. Schaedle, Esq. | Scott R. Hendrix, Esq. | D. Andrew Phillips, Esq. |
| Victoria A. Guilfoyle, Esq. | David W. Houston, III, Esq. | **Mitchell McNutt and Sams, P.A.** |
| **Blank Rome LLP** | **Mitchell McNutt and Sams, P.A.** | 1216 Van Buren |
| 1201 Market Street, Suite 800 | 105 S. Front Street | Post Office Box 947 |
| Wilmington, DE 19801 | P.O. Box 7120 (38802-7120) | Oxford, MS 38655 |
| Telephone: (302) 425-6400 | Tupelo, MS 38804 | Telephone: (662) 234-4845 |
| Facsimile: (302) 425-6464 | Telephone: (662) 842-3871 | Facsimile: (662) 234-9071 |
| schaedle@blankrome.com | Facsimile: (662) 842-8450 | aphillips@mitchellmcnutt.com |
| guilfoyle@blankrome.com | shendrix@mitchellmcnutt.com | |
| | dhouston@mitchellmcnutt.com | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174). The Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.
900200.00001/40208564v.1

***PLEASE TAKE FURTHER NOTICE*** that the foregoing demand includes, without limitation, the notices and papers referred to in Bankruptcy Rule 2002, any orders and notice of any application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

***PLEASE TAKE FURTHER NOTICE*** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural rights of TEPA, including, without limitation, to: (i) have final orders in non-core matters entered, where consistent with Article III of the United States Constitution, only after *de novo* review by the United States District Court for the District of Delaware (the "***District Court***"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which TEPA is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

**BLANK ROME LLP**

Dated: September 16, 2013

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle, Esq. (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, DE  19801
Tel: (302) 425-6400
Fax:  (302) 425-6464
guilfoyle@blankrome.com

-and-

Michael B. Schaedle
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Telephone: (215) 569-5762
Facsimile: (215) 832-5762
Email:  schaedle@blankrome.com

-and-

Scott R. Hendrix, Esq.
David W. Houston, III, Esq.
**Mitchell McNutt and Sams, P.A.**
105 S. Front Street
P.O. Box 7120 (38802-7120)
Tupelo, MS 38804
Telephone: (662) 842-3871
Facsimile: (662) 842-8450
shendrix@mitchellmcnutt.com
dhouston@mitchellmcnutt.com

-and-

D. Andrew Phillips, Esq.
**Mitchell McNutt and Sams, P.A.**
1216 Van Buren
Post Office Box 947
Oxford, MS 38655
Telephone: (662) 234-4845
Facsimile: (662) 234-9071
aphillips@mitchellmcnutt.com

*Counsel for Tombigbee Electric Power Association*

# CERTIFICATE OF SERVICE

I, Victoria Guilfoyle, hereby certify that on September 16, 2013, I did serve the **Notice of Appearance and Request for Service of Papers** by causing a true and correct copy thereof to be served upon the parties listed below via first class mail.

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Luc A. Despins, Esq.
Leslie A. Plaskon, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
*(Proposed Debtors' Counsel)*

James T. Grogan, Esq.
Paul Hastings LLP
Wells Fargo Plaza
1000 Louisiana Street
Fifty-Fourth Floor
Houston, TX 77002
*(Proposed Debtors' Counsel)*

M. Blake Cleary, Esq.
Andrew L. Magaziner, Esq.
Jaime L. Chapman, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
*(Proposed Debtors' Counsel)*

Dated: September 16, 2013

                                               */s/ Victoria Guilfoyle*
                                              Victoria Guilfoyle (DE No. 5183)