**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Furniture Brands International, Inc., *et al.* | : | Case No. 13-12329 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.  **Pension Benefit Guaranty Corporation**, Attn: Todd Yuba, 1200 K. St., NW, Washington, DC 20005, Phone: 202-326-4070

2.  **LF Products PTE Ltd.**,  Attn: Martin Leder, 12 Princeton Dr., Tappan, NY 10983, Phone: 845-365-377, Fax: 845-365-6041

3.  **Milberg Factors Inc.**, Attn: Mark F. Equinoa, 99 Park Ave., New York, NY 10016, Phone: 646-717-9254, Fax: 212-697-4866

4.  **Rocktenn CP**, LLC, Attn: John Stakel, 504 Thrasher St., Norcross, GA 30071, Phone: 770-448-2193

5.  **The Standard Register Company**, Attn: James M. Vaughn, 600 Albany St., Dayton, OH 45417, Phone: 937-221-1517, Fax: 937-221-1995

6.  **Tombigbee Electric Power Association**, Attn: Bruce Williams, PO Box 1789, Tupelo, MS 38802, Phone: 662-842-7635, Fax: 662-842-0369

7.  **A&R Manchester, LLC**, Attn: Gina Caminito, 187 Millburn Ave., Ste. 6, Millburn, NJ 07041, Phone: 973-379-4150, Fax: 973-379-0691

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 18, 2013

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: M. Blake Cleary, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253