**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>FURNITURE BRANDS<br>INTERNATIONAL, INC., *et al.*[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 13-12329 (CSS)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002 AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") that Lowenstein Sandler LLP appears as counsel for and on behalf of A&R Manchester, Inc. (the "**A&R**") in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that A&R requests that all notices given or required to be given in the above-captioned chapter 11 cases be given to and served upon the following:

                                                **LOWENSTEIN SANDLER LLP**
                                                65 Livingston Avenue
                                                Roseland, NJ 07068
                                                (973) 597-2500 (Telephone)
                                                (973) 597-2400 (Facsimile)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174). The Debtors' corporate headquarters are located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105

99988/2606
09/25/2013 17839508.1

Attn:  Jeffrey D. Prol, Esq.<br>
E-mail: jprol@lowenstein.com<br>
Beth L. Williams, Esq.<br>
E-mail: bwilliams@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Dated: September 25, 2013           **LOWENSTEIN SANDLER LLP**

By: /s/*Jeffrey D. Prol*
Jeffrey D. Prol, Esq.
Beth L. Williams, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-6206
Facsimile: (973) 597-6207

*Counsel to A&R Manchester, Inc.*