IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                            :
*In re:*                                    :   Chapter 11
                                            :
**FURNITURE BRANDS**                        :   Case No. 13-12329 (CSS)
**INTERNATIONAL, INC.,** *et al.,*          :
                                            :   Jointly Administered
               Debtors.[1]                  :
                                            :   Ref. Docket Nos. 158 & 164
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 20, 2013, I caused to be served the:

   a) "Supplemental Declaration of Shawn Hassel in Support of Debtors' Application for Authorization to Retain and Employ Alvarez & Marsal North America, LLC as Restructuring Advisor Pursuant to Bankruptcy Code Sections 327(a) and 328 and Bankruptcy Rule 2014(a), Nunc Pro Tunc to the Petition Date," dated September 20, 2013 [Docket No. 158], and

   b) "Notice of Motion," dated September 20, 2013, to which was attached the "Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof," dated September 20, 2013 [Docket No. 164],

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174). The Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

-2-

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
23rd day of September, 2013

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AKERMAN SENTERFITTLLP | (COUNSEL FOR SWAVELLE/MILL CREEK FABRICS, INC., BRAVO INTERNATIONAL, LLC AND TEXTILE FABRIC ASSOCIATES, LLC) ATTN: WAYNE WALD, ESQ. ATTN: SUSAN F. BALASCHAK, ESQ. 666 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10103 |
| ARCHER & GREINER, A PROFESSIONAL CORPORATION | (COUNSEL FOR "COED", "LIMOSS", "TEPA", "SCP") ATTN: DAVID W. CARICKHOFF 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| BALLARD SPAHR LLP | (COUNSEL TO CONGRESSIONAL PLAZA ASSOCIATES, LLC FEDERAL REALTY INVESTMENT TRUST, AND BRIXMOR PR G) ATTN: DAVID L. POLLACK, ESQ. ATTN: JEFFREY MEYERS, ESQ. 51ST FLOOR – MELLON BANK CENTER 1735 MARKET STREET PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | (COUNSEL FOR CONGRESSIONAL PLAZA ASSOCIATES, LLC FEDERAL REALTY INVESTMENT TRUST, AND BRIXMOR PR G) ATTN: TOBEY MARIE DALUZ, ESQ. ATTN: MATTHEW SUMMERS, ESQ. 919 MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BAYARD, P.A. | (COUNSEL FOR CASALLE, LLC) ATTN: GIANCLAUDIO FINIZIO, ESQ. ATTN: JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL FOR THE COMMITTE) ATTN: MICHAEL B. SCHAEDLE, ESQ. ONE LOGAN SQUARE PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL FOR THE COMMITTEE) ATTN: ALAN M. ROOT, ESQ. ATTN: VICTORIA A. GUILFOYLE, ESQ. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BROWN & CONNERY, LLP | (COUNSEL FOR SAP AMERICA, INC.) ATTN: DONALD K. LUDMAN 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BUCKLEY LAW P.C. | (COUNSEL FOR PAUL SCHATZ FURNITURE CO.) ATTN: CHARLES E. HARRELL 5300 MEADOWS ROAD, SUITE 200 LAKE OSWEGO OR 97035 |
| CLARK HILL PLC | (COUNSEL FOR VFS LEASING CO.) ATTN: WILLIAM KENT CARTER 150 NORTH MICHIGAN, SUITE 2700 CHICAGO IL 60601-7553 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF | TEXAS ATTN: JASON A. STARKS ATTN: ARTHUR A. STEWART ASSISTANT ATTORNEYS GENERAL BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548 AUSTIN TX 7811-2548 |
| FRANKLIN & PROKOPIK | (COUNSEL FOR TIMBER WOLF FOREST PRODUCTS, INC. AND LIGHNING TRANSPORTATION CO. AND DIVERSITEX, INC.) ATTN: ANDREW L. COLE, ESQ. ATTN: DANIEL A O'BRIEN, ESQ. 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| FRIEDMAN & SPRINGWATER, LLP | (COUNSEL FOR GE CAPITAL RETAIL BANK) ATTN: ELLEN A. FRIEDMAN, ESQ. 33 NEW MONTGOMERY STREET SUITE 290 SAN FRANCISCO CA 94105 |
| GALLAGHER & KENNEDY, P.A. | (COUNSEL FOR COLE DH HICKORY, NC, LLC) ATTN: CRAIG SOLOMON GANZ, ESQ. 2575 E. CAMELBACK ROAD, SUITE 1100 PHOENIX AZ 85016-9225 |
| GE CAPITAL | ATTN: JOSHUA OSHER, JOE SACCHETTI, AND CRAIG WINSLOW 401 MERRITT 7 NORWALK CT 06851 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL FOR YANG MING (AMERICA) CORPORATION) ATTN: GARY F. SEITZ, ESQ. ATTN: JENNIFER M. ZELVIN, ESQ. 913 NORTH MARKET STREET, 10TH FLOOR WILMINGTON DE 19801 |
| HAHN & HESSEN LLP | (COUNSEL FOR THE COMMITTEE) ATTN: MARK S. INDELICATO, ESQ. ATTN: MARK T. POWER, ESQ. ATTN: JANINE M. FIGUEIREDO, ESQ. 488 MADISON AVENUE 14TH AND 15TH FLOOR NEW YORK NY 10022 |
| HAYNSWORTH SINKLER BOYD, P.A. | (COUNSEL FOR SONOCO PROTECTIVE SOLUTIONS) ATTN: TARA E. NAUFUL POST OFFICE BOX 340 CHARLESTON SC 29402-0340 |
| INTERNAL REVENUE SERVICE | ATTN: DISTRICT AND REGIONAL DIRECTORS P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | ATTN: DISTRICT AND REGIONAL DIRECTORS 844 KING STREET WILMINGTON DE 19801 |
| JD THOMPSON LAW | (COUNSEL FOR CULP, INC.) ATTN: JUDY D. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC | (COUNSEL FOR THE ROSEMYR CORPORATION) ATTN: JEAN WINBORNE BOYLES, ESQ. POST OFFICE BOX 1776 RALEIGH NC 27602 |
| KELLEY DRYE & WARREN LLP | (COUNSEL FOR DDR CORP., NATIONAL RETAIL PROPERTIES LP AND WEINGARTEN REALTY INVESTORS) ATTN: ROBERT L. LEHANE, ESQ. ATTN: TIMOTHY B. MARTIN, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KING & SPALDING LLP | ATTN: JESSE H. AUSTIN, III 1180 PEACHTREE STREET, N.E. ATLANTA GA 75201 |
| KIRKLAND & ELLIS LLP | (COUNSEL TO OAKTREE CAPITAL MANAGEMENT, L.P.) ATTN: BRIAN SCHARTZ, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022-4611 |

| Claim Name | Address Information |
|---|---|
| KIRKLAND & ELLIS LLP | (COUNSEL FOR OAKTREE CAPITAL MANAGEMENT, L.P.) ATTN: PATRICK J. NASH, JR, P.C. ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| KLEHR, HARRISON, HARVEY. BRANZBURG & ELLERS LLP | (COUNSEL FOR OAKTREE CAPITAL MANAGEMENT, L.P.) ATTN: DOMENIC E. PACITTI, ESQ. 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL FOR DALLAS COUNTY) ATTN: ELIZABETH WELLER 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| MILLER NASH LLP | (COUNSEL FOR COILPLUS, INC.) ATTN: JOHN R. KNAPP, JR. 4400 TWO UNION SQUARE 601 UNION STRTEET SEATTLE WA 98101 |
| MITCHELL MCNUTT AND SAMS, P.A. | (COUNSEL FOR LIMOSS, US, LLC; "TEPA") ATTN: D. ANDREW PHILLIPS, ESQ. 1216 VAN BUREN POST OFFICE BOX 947 OXFORD MS 38655 |
| MITCHELL MCNUTT AND SAMS, P.A. | (COUNSEL FOR "SCP"; "TEPA") ATTN: DAVID W. HOUSTON, III ESQ. ATTN: SCOTT R. HENDRIX, ESQ 105 S. FRONT STREET P.O. BOX 7120 (38802-7120) TUPELO MS 38804 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | (COUNSEL TO KIMCO REALTY CORPORATION) ATTN: RACHEL B. MERSKY, ESQ. 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL FOR GENERAL ELECTRIC CAPITAL CORPORATION) ATTN: WENDY S. WALKER, ESQ. ATTN: PATRICK D. FLEMING, ESQ. 101 PARK AVENUE NEW YORK NY 10178-6001 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL FOR GENERAL ELECTRIC CAPITAL CORPORATION) ATTN: ROBERT A. J. BARRY, ESQ. ATTN: MATTHEW F. FURLOMNG, ESQ. ATTN: VICTORIA A. LAMBRIOLA, ESQ. 225 FRANKLIN STREET, 16TH FLOOR BOSTON MA 02110-4104 |
| MORGAN, LEWIS & BROCKIUS LLP | ATTN: WENDY S. WALKER 101 PARK AVENUE NEW YORK NY 10178 |
| MORGAN, LEWIS & BROCKIUS LLP | ATTN: MARC LEDUC AND MATTHEW FURLONG 225 FRANKLIN STREET, 16TH FLOOR BOSTON MA 02110-4104 |
| MORRIS JAMES LLP | (COUNSEL FOR INTERFACE HIGH POINT, LLC) ATTN: BRETT D. FALLON 500 DELAWARE AVENUE, SUITE 1500 P.O. BOX 2306 WILMINGTON DE 19899-2306 |
| NOWELL AMOROSO KLEIN BIERMAN, P.A. | (COUNSEL TO NYK LINE) ATTN: RICK A. STEINBERG, ESQ. 155 POLIFLY ROAD HACKENSACK NJ 07601 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE LEAMY 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PENSION BENEFIT GUARANTY CORPORATION | (PBGC) OFFICE OF THE CHIEF COUNSEL ATTN: RALPH L. LANDY, ATTORNEY ATTN: FRANK A. ANDERSON, ATTORNEY 1200 K STREET N.W. WASHINGTON DC 20005 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | (COUNSEL FOR GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT) C/O ELIZABETH BANDA CALVO PO BOX 13430 ARLINGTON TX 76094-0430 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE 1201 MARKET STREET – SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL FOR GENERAL ELECTRIC CAPITAL CORPORATION) ATTN: KURT F. GWYNNE, ESQ. ATTN: JOSEPH M. GRIECO, ESQ. 1201 MARKET STRET, SUITE 1500 WILMINGTON DE 19801 |
| RIVERSIDE CLAIMS LLC | PO BOX 626 PLANETARIUM STATION NEW YORK NY 10024 |
| SECURITIES AND EXCHANGE COMMISSION | 233 BROADWAY NEW YORK NY 10279 |
| SHIPMAN & GOODWIN LLP | (COUNSEL FOR UNITEDHEALTHCARE INSURANCE COMPANY AND UNITED HEALTHARE SERVICES, INC.) ATTN: ERIC S. GOLDSTEIN, ESQ. ATTN: LATONIA C. WILLIAMS, ESQ. ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| STEPTOE & JOHNSON LLP | (COUNSEL FOR WATKINS & SHEPARD TRUCKING, INC.) ATTN: ROBBIN L. ITKIN, ESQ. 2121 AVENUE OF THE AMERICAS, SUITE 2800 LOS ANGELES CA 90067 |
| THE SADER LAW FIRM | (COUNSEL FOR DEER CREEK LOT 4, L.L.C) ATTN: BRADLEY D. MCCORMACK 2345 GRAND BOULEVARD, SUITE 1925 KANSAS CITY MO 64108 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| UNITED STATES ATTORNEY | ATTN: CHARLES M. OBERLY, III 1007 ORANGE STREET, SUITE 700 WILMINGTON DE 19801 |
| WASSERMAN, JURISTA & STOLZ, P.C. | (COUNSEL FOR HEMINGWAY, LTD.) ATTN: STEVEN Z. JURISTA, ESQ. 225 MILLBURN AVENUE, SUITE 207 P.O. BOX 1029 MILLBURN NJ 07041 |
| WATKINS & SHEPARD TRUCKING, INC. | JESSIE ELISON, ESQ. GENERAL COUNSEL NORTH 6400 HIGHWAY 10 WEST MISSOULA MT 59808 |
| WILES & WILES, LLP | (COUNSEL FOR SWANN INVESTMENTS, LLLP) ATTN: VICTOR W. NEWMARK, ESQ. 800 KENNESAW AVENUE, SUITE 400 MARIETTA GA 30060-7946 |
| WOODS ROGERS PLC | (COUNSEL FOR A.C. FURNITURE COMPANY, INC.) ATTN: RICHARD C. MAXWELL, ESQ. 10 SOUTH JEFFERSON STREET, SUITE 1400 (24011) P.O. BOX 14125 ROANOKE VA 24038 |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  54**