UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------x
:
*In re:* : Chapter 11
:
**FURNITURE BRANDS** : Case No. 13-12329 (CSS)
**INTERNATIONAL, INC.,** *et al.*, :
: Jointly Administered
Debtors.[1] :
: RE: Docket Nos. 26, 313 & 589
:
------------------------------------------------------------------x

**NOTICE OF FILING OF PROPOSED ORDER (I) APPROVING SALE OF
ALL ACQUIRED ASSETS; (II) AUTHORIZING ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on September 9, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Orders (I) Approving (A) Bidding Procedures; (B) Form and Manner of Notices; (C) Form of Asset Purchase Agreement, Including Bid Protections; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV)(A) Approving Sale of Substantially All of Acquired Assets; (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [D.I. 26] (the "Sale Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October 3, 2013, the Court entered an order [D.I. 313] (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures and scheduling the Auction and Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, on November 6, 2013, the Court entered the *Order Approving Technical Modifications to Bidding Procedures Order* [D.I. 589] (the "Modification Order") approving certain technical modifications to the Bidding Procedures Order and modifying certain deadlines.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174). The Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

01:14487312.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Modification Order, the Sale Hearing currently is scheduled for **November 22, 2013 at 2:00 p.m. (ET)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Sale Hearing, attached hereto as Exhibit A is the proposed *Order (I) Approving Sale of All Acquired Assets; (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief*.

Dated: Wilmington, Delaware
November 7, 2013

*/s/ Jaime Luton Chapman*
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Luc A. Despins
Leslie A. Plaskon
James T. Grogan
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

-and-

Marc J. Carmel
PAUL HASTINGS LLP
191 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

*Attorneys for Debtors and Debtors in Possession*