**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FURNITURE BRANDS INTERNATIONAL, INC., *et al.*, | Case No. 13-12329 (CSS) |
|  | Jointly Administered |
| Debtors.[1] | Docket Ref. No. 26, 313, 589 and 716 |

**ORDER APPROVING STIPULATION AMONG DEBTORS, PURCHASERS AND THOMAS O'BRIEN REGARDING TREATMENT OF THE O'BRIEN LICENSE AGREEMENT IN CONJUNCTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

Upon the *Debtors' Motion for Orders (I) Approving (A) Bidding Procedures; (B) Form and Manner of Notices; (C) Form of Asset Purchase Agreement, Including Bid Protections; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief; and (IV)(A) Approving Sale of Substantially All of Acquired Assets; (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 26] (the "Sale Motion"); and upon that certain *Order (I) Approving (A) Bidding Procedures; (B) Form and Manner of Notices; (C) Form of Asset Purchase Agreement, Including Bid Protections; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and*

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174). The Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

*Unexpired Leases; (III) Granting Related Relief* [Docket No. 313] (the "Bid Procedures Order") on October 3, 2013, and a subsequent order modifying the Bid Procedures Order on November 6, 2013 [Docket No. 589]; and upon the *Objection of Thomas O'Brien to Proposed Sale and Proposed Assumption and Assignment of Certain Executory Contracts and Proposed Cure Amount in Connection Therewith* [Docket No. 716] (the "O'Brien Objection") filed by Thomas O'Brien ("O'Brien") in response thereto; and the Court having considered the stipulation (the "Stipulation") entered into by and among the Debtors, O'Brien and KPS Capital Partners, LP and any of its affiliates that are or may become Purchasers under the "Asset Purchase Agreement" (as defined in the Stipulation) including, without limitation, Heritage Home Group LLC, f/k/a FBN Acquisition Holdings, LLC (collectively, the "Parties") in connection with the Sale Motion and the sale to Purchaser, pursuant to which the O'Brien Objection has been resolved; and upon consideration of the Stipulation and the statements of counsel made on the record at a hearing to consider the Sale Motion; and the Court finding that entry into the Stipulation is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation, and good and sufficient cause appearing therefor,

        IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

    1.    The Stipulation, a copy of which is attached hereto as Exhibit A, is approved.

    2.    The O'Brien Objection is hereby deemed withdrawn.

    3.    The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the terms of the Stipulation.

4. This Court shall retain jurisdiction to resolve any dispute relating to the enforcement or interpretation of the Stipulation or this Order.

Dated: November 22, 2013
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

429799-3-W

3

429799-3-W