# SCHEDULE 1

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| 354034 ALBERTA LTD.<br>ATTN: MARCELLA SIEBEN<br>28 HERITAGE GATE SE<br>CALGARY, AB T2H 3A7 CANADA | STORE RETAILER AGREEMENT | |
| 668824 ALBERTA LTD O/A VISIONS ELECTRONICS<br>O/A VISIONS ELECTRONICS<br>6009 1A STREET SW<br>CALGARY, AB T2H 0G5 CANADA | PURCHASE AGREEMENT | |
| ABILO CO.<br>ATTN: BILL BACON<br>7522 S TAMIAMI TR<br>SARASOTA, FL 34231 | STORE RETAILER AGREEMENT DATED 03/26/1992 | |
| ACEWALL ENTERPRISES<br>ATTN: STEVE WALLACE<br>108 MACLAREN ROAD<br>CAMPBELLVILLE, ON L0P 1B0 CANADA | INDEPENDENT CONTRACTOR AGREEMENT DATED 02/10/2004 | |
| ACTION HUIGEN BV<br>ATTN: JAN HENDRIK HUIGEN<br>WEIWEG 11<br>4064 CJ VARIK, NETHERLANDS | INDEPENDENT CONTRACTOR AGREEMENT DATED 01/01/2007 | |
| TRUSTEES OF ACTIVITIES ASSOCIATION OF THE CARYSBROOK PLANT<br>PO BOX 398<br>FORK UNION, VA 23055 | TRUST AGREEMENT DATED 03/20/1991 | |
| ADAMS FURNITURE<br>417 HWY 156<br>JUSTIN, TX 76247 | DEALER AGREEMENT DATED 09/19/2005 | |
| ADVENT SECURITY CORPORATION<br>101 ROESCH AVENUE<br>ORELAND, FL 19075 | SERVICE AGREEMENT | |
| AGUS S. TEJOPURNOMO<br>2401 S. HACIENDA BLVD. #225<br>HACIENDA HEIGHTS, CA 91745 | INDEPENDENT CONTRACTOR AGREEMENT DATED 07/19/1999 | |
| AIR DESIGNS, INC.<br>128 E. STATE ST., SUITE 102<br>P.O. BOX 6054<br>HIGH POINT, NC 27262 | SERVICE CONTRACT DATED 02/15/2002 | |

01:14548873.1

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| ALFA LIMITED COMPANY<br>660020 SHAHTEROV STR.<br>KRASNOYARSK CITY, RUSSIAN FEDERATION | DISTRIBUTOR AGREEMENT DATED 08/20/2012 | |
| ALLEN'S THF-KC LLC<br>ATTN: STEWART SMOLER<br>19750 JACKSON DR<br>INDEPENDENCE, MO 64057 | STORE RETAILER AGREEMENT DATED 11/01/2003 | |
| AM DESIGNS LLC<br>106 MAPLEWOOD DRIVE<br>COLUMBIA, MO 65203 | DEALER ACCOUNT AGREEMENT | |
| AMANDA AUSTIN-BOLTON<br>2410 WEST CORNWALLIS DRIVE<br>GREENSBORO, NC 27408 | DESIGN SERVICES AGREEMENT DATED 08/09/2004 | |
| AMERICAN CHARMS, INC.<br>ATTN: MARVIN J. BROWNLEE<br>BROWNLEE'S FURNITURE<br>309 MALTBIE<br>LAWRENCEVILLE, GA 30246 | DEALER AGREEMENT DATED 09/23/2002 | |
| ANGELA NEEL INTERIOR DESIGN<br>460 N. ORLANDO AVE., SUITE 109<br>WINTER PARK, FL 32789 | DEALER ACCOUNT AGREEMENT | |
| ANGELA NEEL INTERIORS, INC.<br>460 N ORLANDO AVE, SUITE #109<br>WINTER PARK, FL 32789 | DEALER ACCOUNT AGREEMENT | |
| ANL DESIGNS, LLC<br>315 CRANFORD ROAD<br>CHERRY HILL, NJ 08003 | RETAIL | |
| APJL CONSULTING, LLC<br>45080 OLD OX ROAD, SUITE 130<br>STERLING, VA 20166 | SERVICE CONTRACT | |
| ARCHITEXTURES<br>7205 BIG BAND BOULEVARD<br>SAINT LOUIS, MO 65119 | SERVICE CONTRACT DATED 05/15/2013 | |
| ARDELAT S.L.<br>CALLE ZAMORA 28<br>28100 ALCOBENDAS<br>MADRID, SPAIN | DISTRIBUTOR AGREEMENT | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| ART HERITAGE<br>FONGHSIANG ROAD, FONG DERLING ADMIN.<br>FONGGANG TOWN<br>DONGGUAN CITY<br>GUANGDONG 523692 CHINA | MANUFACTURING AGREEMENT DATED 04/08/2008 | |
| ART VAN FURNITURE<br>ATTN: KIM YOST<br>6500 E 14 MILE RD<br>WARREN, MI 48092 | PURCHASE AGREEMENT DATED 10/01/2012 | |
| ASHLEY BARNES<br>ATTN: ASHLEY BARNES<br>407 FAIRWAY BLUFF DRIVE<br>WYLIE, TX 75098 | REPRESENTATIVE AGREEMENT DATED 01/20/2013 | |
| ASIAN LINK DESIGNS, INC.<br>ATTN: GREG HUETTEL<br>3RD FLR. G.C.A. BUILDING<br>#13 GOV. M. CUENCO AVE<br>BANILAD, CEBU CITY 6000 PHILIPPINES | FURNITURE DESIGN AGREEMENT DATED 11/09/2009 | |
| AST EQUITY PLAN SOLUTIONS, A DIVISION OF AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC<br>123 SOUTH BROAD STREET<br>11TH FLOOR - PA1328<br>PHILADELPHIA, PA 19109 | SERVICE CONTRACT DATED 11/05/2009 PLUS ALL AMENDMENTS | |
| AT HOME STORES LLC<br>ATTN: PAUL COLEMAN<br>273 FEDERAL RD<br>BROOKFIELD, CT 06804 | STORE RETAILER AGREEMENT DATED 01/26/1999 | |
| AUSEN IDC CO. LTD.<br>ATTN: HUNTER ZHANG<br>LANE 1<br>XINLU ROAD<br>SHANGHAI, CHINA | DISTRIBUTION AGREEMENT DATED 06/01/2011 | |
| AUSEN IDC CO., LTD.<br>ATTN: HUNTER ZHANG<br>LANE 1, XINLU ROAD<br>XINGBANG TOWN, SONGJIANG DISTRICT,<br>SHANGHAI, CHINA | DISTRIBUTION AGREEMENT DATED 06/01/2011 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| AVAYA FINANCIAL SERVICES<br>ATTN: CAROLYN FIGUEROA (ACCOUNT MANAGER)<br>I CIT DRIVE<br>LIVINGSTONE, NJ 07039 | EQUIPMENT LEASE AGREEMENT | |
| AYSETAN YILMAZ<br>CIHANNUMA MAH YENI MAHALLE FIRIN SOK., NO: 16<br>BESIKTAS-ISTANBUL, TURKEY | INDEPENDENT CONTRACTOR AGREEMENT DATED 06/05/2007 | |
| BACON GALLERIE, INC.<br>17701 MURDOCK CIRCLE<br>PORT CHARLOTTE, FL 33948 | STORE RETAILER AGREEMENT DATED 01/27/1999 | |
| BAER'S DESIGN CENTER<br>1589 N.W. 12TH AVENUE<br>POMPANO BEACH, FL 33069 | NON RESIDENTIAL REAL PROPERTY LEASE DATED 04/27/2010 | |
| BAER'S FURNITURE CO, INC.<br>ATTN: ROBERT BAER<br>1589 NW 12TH AVE.<br>POMPANO BEACH, FL 33069 | LOAN AGREEMENT DATED 10/19/2001 | |
| BARBARA LYNN ROZENBOOM<br>ATTN: BARBARA LYNN ROZENBOOM<br>1123 FOREST HILL DRIVE<br>HIGH POINT, NC 27262 | PRODUCT AND SERVICE AGREEMENT DATED 01/04/2004 | |
| BARLOWORLD FLEET LEASING, LLC.<br>11301-C GRANITE ST<br>CHARLOTTE, NC 28273 | EQUIPMENT LEASE AGREEMENT DATED 06/14/2005 | |
| BAZAARVOICE, INC.<br>3900 N. CAPITAL OF TEXAS HIGHWAY<br>SUITE 300<br>AUSTIN, TX 78746 | SERVICE ORDER DATED 04/29/2010 | |
| BBC FURNITURE<br>20-28 GREEN STREET<br>THOMASTOWN, VICTORIA 3074 AUSTRALIA | DISTRIBUTOR AGREEMENT DATED 01/02/2002 | |
| BECK'S HOME FURNITURE<br>18 WATER STREET<br>MONTAGUE, PE C0A 1R0 CANADA | FREIGHT AGREEMENT | |
| BELFORT FURN. INC.<br>ATTN: MIKE HUBER, PRESIDENT<br>22267 SHAW RD.<br>STERLING, VA 20166 | DEALER AGREEMENT DATED 05/27/1998 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| BELL CANADA<br>P.O. BOX 3650 STATION DON MILLS<br>TORONTO, ON M3C 3X9 CANADA | SERVICE CONTRACT | |
| BENNINGTON FURNITURE<br>1371 HARWOOD HILL<br>BENNINGTON, VT 05201 | DEALER AGREEMENT DATED 09/15/2005 | |
| BENXI MAPLE LEAF FURNITURE CO., LTD<br>NO 168, EASTERN OF BINHE ROAD<br>XIAOSHI TOWN<br>LIAONING, CHINA | SUPPLIER PENALTY POLICY | |
| BITTER-NEUMANN<br>827 NORTH 14TH STREET<br>SHEBOYGAN, WI 53081 | DEALER AGREEMENT DATED 06/29/1992 | |
| BLACKERS FURNITURE<br>ATTN: STAN COOK<br>1365 PARKWAY DR.<br>BLACK FOOT, ID 83221 | DEALER AGREEMENT DATED 08/23/2005 | |
| BLAKE TOVIN<br>62 BURD STREET<br>NYACK, NY 10960 | FURNITURE DESIGN AGREEMENT DATED 04/30/1999 | |
| BLOOMINGDALE'S BY MAIL LTD.<br>1440 BROADWAY<br>NEW YORK, NY 10018 | VENDOR PURCHASE AGREEMENT DATED 07/15/2003 | |
| BLUE RIDGE PANELS, INC.<br>445 ELK VALLEY ROAD<br>CRESCENT CITY, CA 95531 | RIGHT OF FIRST OFFER TO PURCHASE AGREEMENT | |
| BLUE WATER INTEGRATORS B.W.I.S.A.<br>24050 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 | DISTRIBUTION AGREEMENT DATED 04/22/2008 | |
| BOB SCHWEIGER<br>12 CHECKERBERRY SQUARE<br>GREENSBORO, NC 27455 | FURNITURE DESIGN AGREEMENT DATED 06/22/2001 | |
| BOB TIMBERLAKE, INC.<br>1660 EAST CENTER STREET EXTENSION<br>LEXINGTON, NC 27292 | LICENSE AGREEMENT DATED 04/01/2005 | |
| BOB WHITE<br>2358 BRANDT VILLAGE<br>GREENSBORO, NC 27455-2168 | FURNITURE DESIGN AGREEMENT DATED 11/04/1994 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| BON-TON<br>ATTN: NANCY NEVIN<br>331 W WISCONSIN AVE<br>MILWAUKEE, WI 53203 | LOGISTICS/SHIPPING CONTRACT DATED 01/13/2000 | |
| BRADFORD & GALT<br>11457 OLDE CABIN ROAD<br>SUITE 200<br>ST. LOUIS, MO 63141 | PROFESSIONAL SERVICES AGREEMENT DATED 03/11/2013 | |
| BRANDAU DESIGN STUDIO INC.<br>P. O. BOX 9924<br>GREENSBORO, NC 27429 | SERVICE CONTRACT DATED 03/03/2004 | |
| BRETT B. KINCAID<br>2703 LAKEVIEW DRIVE<br>LENOIR, NC 28645 | CONSULTANT AGREEMENT DATED 05/15/1995 | |
| BRIAN HARGREAVES SALES<br>19 CARLETON STREET<br>STITTSVILLE, ON K2S 1A7 CANADA | INDEPENDENT CONTRACTOR AGREEMENT DATED 01/27/2001 | |
| BRIDGE WORLDWIDE<br>302 W. THIRD STREET, SUITE 900<br>CINCINNATI, OH 45202 | SERVICE CONTRACT | |
| BRIDGE WORLDWIDE, LLC<br>302 W. THIRD ST., SUITE 900<br>CINCINNATI, OH 45202 | SERVICE CONTRACT DATED 11/01/2010 | |
| BROADCAST MUSIC, INC. (BMI)<br>320 WEST 57TH STREET<br>NEW YORK, NY 10019 | LICENSE AGREEMENT DATED 01/01/1996 | |
| BROADRIDGE INVESTOR COMMUNICATION SOLUTIONS, INC.<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 | SERVICE CONTRACT DATED 03/17/2011 | |
| BROOKE BARBER<br>7548 WELLINGTON CO ROAD 36 R R 1<br>PUSLINCH, ON N0B 2J0 CANADA | EMPLOYMENT AGREEMENT | |
| BROWN TRUCK DESIGN LLC<br>ATTN: BRITT LYTLE<br>815 HILLCREST DR.<br>HIGH POINT, NC 27262 | SERVICE CONTRACT DATED 01/15/2013 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| BROWNS FURNITURE<br>ATTN: CHARLES F. BROWN, PRESIDENT.<br>BOX 272<br>PALMYRA, MO 63461 | DEALER AGREEMENT DATED 06/01/1992 | |
| BUD CAYWOOD, DESIGN II<br>ATTN: BUD CAYWOOD, DESIGN II<br>434 3RD STREET N.E.<br>HICKORY, NC 27261 | FURNITURE DESIGN AGREEMENT DATED 12/05/1996 | |
| BUDDY MEDIA<br>21 PENN PLAZA 12TH FLOOR<br>NEW YORK, NY 10001 | LICENSE AGREEMENT | |
| BULLARD FURNITURE COMPANY<br>ATTN: HOWARD BULLARD.<br>4901 MORGANTON ROAD<br>FAYETTEVILLE, NC 28314 | DEALER AGREEMENT DATED 01/23/2006 | |
| BUMPS INVESTMENT D/B/A DAVIS FURNITURE<br>125 SOUTH WENATCHEE AVENUE<br>POST OFFICE BOX 2432<br>WENATCHEE, WA 98801 | DEALER AGREEMENT DATED 03/01/2007 | |
| BUSINESS SOFTWARE ALLIANCE, INC.<br>ATTN: ALEXANDER J. ZOMVHEK<br>14 CARRIE CIRCLE<br>OXFORD, OH 45056 | SERVICE CONTRACT DATED 08/11/2008 | |
| BYERS, INC.<br>777 CAMPUS ROAD<br>SUITE 200<br>SACRAMENTO, CA 95825 | LICENSE AGREEMENT DATED 06/25/1999 | |
| C J WATERS, INC.<br>ATTN: DANIEL J. DOUGHERTY<br>4421 VIRGINIA BEACH BLVD STE 118<br>VIRGINIA BEACH, VA 23462 | FINANCING AND GUARANTEE AGREEMENT | |
| CALDWELL COUNTY (NC)<br>ATTN: COUNTY MANAGER - CALDWELL COUNTY<br>P.O. BOX 2200<br>LENOIR, NC 28645 | ECONOMIC DEVELOPMENT INCENTIVE AGREEMENT DATED 07/01/2011 PLUS ALL AMENDMENTS | |
| CAMBRIDGE FURNISHINGS, INC.<br>730 HOLCOMB BRIDGE ROAD<br>ROSWELL, GA 30076 | RETAILER AGREEMENT DATED 11/01/2002 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| CAMUTO CONSULTING, INC.<br>ATTN: LEAH ROBERT<br>411 W PUTNAM AVE<br>GREENWICH, CT 6830 | NON-DISCLOSURE AGREEMENT DATED 05/24/2013 | |
| CARLSON BUILDING SERVICES, INC.<br>4111 MACKENZIE COURT NE, SUITE 100<br>ST. MICHAEL, MN 55376 | SERVICE CONTRACT DATED 03/21/2007 | |
| CARLSON BUILDING SERVICES, INC.<br>4111 MACKENZIE COURT NE, SUITE 100<br>ST. MICHAEL, MN 55376 | SERVICE CONTRACT DATED 11/07/2007 PLUS ALL AMENDMENTS | |
| CAROLINA OFFICE EQUIPMENT, INC.<br>1030 2ND AVENUE, N.W.<br>P.O. BOX 2145<br>HICKORY, NC 28601 | SERVICE CONTRACT DATED 01/02/2013 | |
| CARRIAGE HOUSE FURNITURE, INC.<br>9801 LINN STATION RD.<br>LOUISVILLE, KY 40223 | RETAIL SPACE AGREEMENT | |
| CASSIDY TURLEY COMMERCIAL REAL ESTATE SERVICES, INC.<br>ATTN: STEVEN H. GASSAWAY<br>550 S. TRYON STREET, SUITE 3400<br>CHARLOTTE, NC 28202 | EXCLUSIVE RIGHT TO SELL AGREEMENT DATED 04/08/2013 | |
| CASSIDY TURLEY MARYLAND, INC.<br>ATTN: STEVE GASSAWAY; MIKE KEMMET<br>550 S. TRYON STREET, SUITE 3400<br>CHARLOTTE, NC 28202 | EXCLUSIVE RIGHT TO SELL AGREEMENT DATED 11/05/2012 | |
| CASSIDY TURLEY MARYLAND, INC.<br>ATTN: STEVE GASSAWY<br>550 S. TRYON STREET, SUITE 3400<br>CHARLOTTE, NC 28202 | EXCLUSIVE RIGHT TO SELL AGREEMENT | |
| CASSIDY TURLEY MARYLAND, INC.<br>ATTN: STEVE GASSAWAY<br>550 S. TRYON STREET, SUITE 3400<br>CHARLOTTE, NC 28202 | EXCLUSIVE RIGHT TO SELL AGREEMENT | |
| CASSIDY TURLEY MARYLAND, INC.<br>ATTN: STEVE GASSAWAY<br>550 S. TYRON STREET, SUITE 3400<br>CHARLOTTE, NC 28202 | SERVICE CONTRACT | |

9

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| CEDAR GROVE FURNITURE<br>ATTN: DON HENRY<br>DRAWER 1 - OLD ROUTE 60<br>CEDAR GROVE, WV 25039 | DEALER AGREEMENT DATED 06/29/1999 | |
| CELADON TRUCKING SERVICES, INC.<br>9503 EAST 33RD STREET<br>INDIANAPOLIS, IN 46235-4207 | SERVICE CONTRACT | |