**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re:*                                     :    Chapter 11
                                             :
**FBI WIND DOWN, INC. (f/k/a Furniture**    :    Case No. 13-12329 (CSS)
**Brands International, Inc.),** *et al.*,  :
                                             :    **Jointly Administered**
                Debtors.[1]                  :
                                             :    **Objection Deadline: December 12, 2013 at 4:00 p.m. (ET)**
                                             :
---------------------------------------------------------------x

**FOURTH NOTICE OF REJECTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**

TO:   THE PARTIES IDENTIFIED ON <u>SCHEDULE 1</u> ATTACHED HERETO

**PLEASE TAKE NOTICE THAT** on October 24, 2013, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Granting Debtors' Motion Pursuant to Sections 105(a), 365(a) and 554 of the Bankruptcy Code for Entry of Order Authorizing and Approving Expedited Procedures for Rejection of Executory Contracts and Unexpired Leases* [Docket No. 471] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Order, the above-captioned debtors-in-possession (the "Debtors") hereby provide notice of their intent to reject the leases or contracts identified on Schedule 1.[2]  Pursuant to the terms of the Order, absent the filing of a timely objection as described herein, the leases and contracts identified on Schedule 1 shall be deemed rejected the later of (i) the date of this notice (the "Notice") or (ii) the "Effective Date of Rejection" identified in Schedule 1 (in either case, the "Rejection Date"). If no "Effective Date of Rejection" is identified for your lease or contract in Schedule 1, then the Rejection Date is the date of this Notice.

---

[1]   The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174).  The Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

[2]   The Debtors are not acknowledging or admitting that any agreements referenced on Schedule 1 are, in fact, unexpired leases or executory contracts as contemplated in section 365 of the Bankruptcy Code. Nevertheless, out of an abundance of caution, the Debtors have filed this notice to ensure that, to the extent the Court determines that any or all referenced agreements are executory contracts or unexpired leases, such executory contracts or unexpired leases are rejected pursuant to section 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, should you object to the Debtors' rejection of a lease or executory contract identified on Schedule 1, you must file and serve a written objection so that such objection is filed with the Court and actually received, no later than 10 business days after the date that the Debtors served this Notice, by the following parties (the "Objection Notice Parties"): (i) counsel to the Debtors: Paul Hastings LLP, 75 East 55th St., New York, NY 10022, Attn: James T. Grogan and Christopher J. Fong, and Young Conaway Stargatt &Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: M. Blake Cleary; (ii) counsel to the Official Committee of Unsecured Creditors: Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington DE 19801, Attn: Alan M. Root, and Hahn & Hessen, LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark T. Power; and (iii) counsel to the Debtors' postpetition secured lenders: Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, and Proskauer Rose LLP, Three First National Plaza, 70 West Madison, Suite 3800, Chicago, IL 60602, Attn: Mark K. Thomas.  Absent such an objection being filed and served in compliance with the foregoing, the rejection of the applicable lease or executory shall become effective on the Rejection Date, without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served on the Objection Notice Parties as specified above, the Court will schedule a hearing to consider that objection.  If such objection is overruled or withdrawn or the Court does not determine the date of rejection, the rejection date of such lease, sublease or interest shall be deemed to have occurred on the Rejection Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if the Debtors have deposited monies with you as a security deposit or other arrangement, you may not off-set or otherwise use such deposit without prior authorization from the Court.

**PLEASE TAKE FURTHER NOTICE** with respect to any personal property of the Debtors located at any of the premises subject to this Notice, the Debtors shall remove such property prior to the expiration of Objection Deadline.  If the Debtors do not remove such property at a particular location because they determine that (i) the value of such property has a *de minimis* value or (ii) the cost of removing the property exceeds the value of such property, absent a timely objection, the property will be deemed abandoned pursuant to Bankruptcy Code section 554, as is, where is, effective as of the Rejection Date of the underlying unexpired lease.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the *Order (I) Establishing Bar Dates for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 350], any person or entity holding a claim arising from the Debtors' rejection of an executory contract or unexpired lease (a "Rejection Damage Claim") must file a proof of claim on account of such Rejection Damage Claim on or before the later of (i) November 29, 2013 at 5:00 p.m., (ii) 5:00 p.m. (prevailing Eastern Time) on the date that is 30 days following the entry of the order approving the rejection of the executory contract or unexpired lease pursuant to which the entity asserting the Rejection Damage Claim is a party, and (iii) 5:00 p.m. (prevailing Eastern Time) on the date that is 30 days following the effective date of the rejection of the executory contract or unexpired lease pursuant to which the entity

asserting the Rejection Damage Claim is a party. More information regarding filing a proof of claim can be found on-line at http://dm.epiq11.com/FBN or by calling the Epiq Bankruptcy Solutions, LLC, the Debtors' official claims agent, at (877) 797-6087 (or outside of the U.S. at (503) 597-7678).

Dated: November 27, 2013
Wilmington, Delaware

    */s/ Andrew L. Magaziner*
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Luc A. Despins (Admitted Pro Hac Vice)
Leslie A. Plaskon (Admitted Pro Hac Vice)
James T. Grogan (Admitted Pro Hac Vice)
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel for the Debtors and Debtors in Possession*