# SCHEDULE 1

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| CELESTE WEGMAN INTERIORS DBA CITY FARMER<br>PO BOX 590<br>EPHRAIM, WI 54211-0590 | DEALER ACCOUNT AGREEMENT | |
| CH ROBINSON COMPANY<br>P.O. BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | TRANSPORTATION AGREEMENT DATED 02/25/1999 | |
| CHANDLER ERLICH<br>ATTN: JERRY EHRLICH, PRESIDENT<br>6750 LENOX CENTER COURT<br>SUITE 300<br>MEMPHIS, TN 38115 | MARKETING AND SOLICITATION AGREEMENT DATED 05/25/2006 | |
| CHARLES HARRIS DESIGN ASSOCIATES<br>ATTN: PRESIDENT<br>1015 HUTTON LANE<br>SUITE 108<br>HIGH POINT, NC 27262 | FURNITURE DESIGN AGREEMENT DATED 11/14/2005 PLUS ALL AMENDMENTS | |
| CHARLES HARRIS DESIGN ASSOCIATES<br>ATTN: PRESIDENT<br>1015 HUTTON LANE, SUITE 108<br>HIGH POINT, NC 27262 | FURNITURE DESIGN AGREEMENT DATED 11/14/2005 | |
| CHARLES HARRIS DESIGN INC.<br>ATTN: CHARLES HARRIS<br>1015 HUTTON LANE, SUITE 108<br>HIGH POINT, NC 27262 | DESIGN SERVICE AGREEMENT DATED 09/23/2011 | |
| CHARLES HARRIS DESIGN, INC. DBA CHARLES HARRIS DESIGN ASSOCIATES<br>ATTN: CHARLES C. HARRIS<br>PRESIDENT<br>1912 EASTCHESTER DRIVE<br>HIGH POINT, NC 27265 | FURNITURE DESIGN AGREEMENT | |
| CHARLES MONTALBANO DESIGN<br>30 REVERE PL.<br>MILFORD, CT 06460 | FURNITURE DESIGN CONTRACT DATED 01/24/2001 | |
| CHATHAM-KENT INTERIORS<br>595 ST. CLAIR ST.<br>CHATHAM, ON N7L 3L3 CANADA | SHIPPER CONTRACT | |

01:14548876.1

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| CHICAGO FURNITURE ENTERPRISES LLC. ATTN: WALTER E. SMITHE III, PRESIDENT 1251 W. THORNDALE AVENUE ITASCA, IL 60143 | STORE RETAILER AGREEMENT DATED 08/16/2002 | |
| CHICAGO FURNITURE ENTERPRISES, LLC. ATTN: WALTER E. SMITHE III, PRESIDENT 1251 W. THORNDALE AVENUE ITASCA, IL 60143 | STORE RETAILER AGREEMENT DATED 08/16/2002 | |
| CHRIS AUTEN DESIGN 3214 6TH AVENUE NE CONOVER, NC 28613 | FURNITURE DESIGN AGREEMENT DATED 02/21/2008 | |
| CHRIS LANG 710 SALZBURG DRIVE WATERLOO, ON N2V 2N7 CANADA | INDEPENDENT CONTRACTOR AGREEMENT | |
| CHRIS LANG 710 SALZBURG DRIVE WATERLOO, ON N2V 2N7 CANADA | INDEPENDENT CONTRACTOR AGREEMENT | |
| CHRIS MILLER FURNITURE CO. INC. ATTN: CHRIS MILLER, PRESIDENT 1122 MARKET ST WHEELING, WV 26003 | DEALER AGREEMENT DATED 11/10/1983 | |
| CHUANFA FURNITURE FACTORY BALXI INDUSTRIAL AREA, BARFSE TOWN ZHONGSHAN CITY, CHINA | PRODUCT AND SERVICE AGREEMENT DATED 04/03/2009 | |
| CHUCK'S FURNITURE WHSE, INC. 77 LAWLISS ROAD MORGANTOWN, WV 26505 | RETAIL SPACE AGREEMENT | |
| CITY OF LENOIR (NC) P.O. BOX 958 LENOIR, NC 28645 | ECONOMIC DEVELOPMENT INCENTIVE AGREEMENT DATED 07/01/2011 PLUS ALL AMENDMENTS | |
| CJ WATERS, INC 4421 VIRGINIA BEACH BLVD STE 118 VIRGINIA BEACH, VA 23462 | STORE RETAILER AGREEMENT DATED 04/16/2002 | |
| CLORINDO GRILLI 180 VENETO DRIVE WOODBRIDGE, ON L4L 8X6 CANADA | OFFER LETTER DATED 05/01/2013 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| COLLIERS INTERNATIONAL<br>DBA WELSH COMPANIES, LLC<br>CM BOX 9660; P.O. BOX 70870<br>ST. PAUL, MN 55170-9660 | SERVICE CONTRACT | |
| COLOR ART INTEGRATED INTERIORS<br>1325 N. WARSON<br>ST. LOUIS, MO 63132 | SERVICE CONTRACT | |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>MANAGEMENT, LLC<br>P.O. BOX 105184<br>ATLANTA, GA 30348-5184 | SERVICE CONTRACT | |
| COMFORT ZONE FURNITURE, INC.<br>ATTN: GUS FREIDEL, PRESIDENT<br>41627 E. FLORIDA AVE<br>HEMET, CA 92544 | DEALER AGREEMENT DATED 11/05/2002 | |
| COMITY DESIGNS, INC.<br>22681 SAN JUAN ROAD<br>CUPERTINO, CA 95014 | SERVICE CONTRACT DATED 05/17/2012 | |
| COMPUTER SCIENCES CORPORATION<br>600 EMERSON ROAD, SUITE 210<br>ST. LOUIS, MO 63141 | SERVICE CONTRACT DATED 04/04/2011 | |
| COMPX SECURITY PRODUCTS, INC.<br>200 OLD MILL ROAD<br>PO BOX 200<br>MAULDIN, SC 29662 | PURCHASE AGREEMENT DATED 03/21/2002 | |
| CONNECTICUT HOME FURNISHINGS INC.<br>ATTN: PAUL COLEMAN<br>HALE ROAD SHOPPING CENTER<br>MANCHESTER, CT 06042 | STORE RETAILER AGREEMENT DATED 06/27/2002 | |
| CONNECTICUT HOME FURNISHINGS INC.<br>ATTN: PAUL COLEMAN<br>ORANGE MEADOWS SHOPPING CENTER<br>ORANGE, CT 06477 | STORE RETAILER AGREEMENT DATED 06/26/2002 | |
| COOPER HOME FURNISHINGS<br>ATTN: JEFF COOPER<br>112 W. MAIN ST.<br>PLANO, IL 60545 | DEALER AGREEMENT DATED 09/12/2005 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| CORPORATE SERVICES CONSULTANTS (CSC)<br>P.O. BOX 1048<br>DANDRIDGE, TN 37725 | WASTE REMOVAL PROGRAM DATED 09/01/2010 | |
| CORZINE & CORZINE, INC.<br>19524 NORDHOFF STREET<br>NORTHRIDE, CA 91324 | RETAIL SPACE AGREEMENT | |
| COTTSWOOD INTERIORS<br>18619-111TH AVE.<br>EDMONTON, AB T5S 2X4 CANADA | SHIPPER CONTRACT | |
| COURTLAND ASSOCIATES, INC.<br>2510 LASHER ROAD<br>SUITE 113<br>SOUTHFIELD, MI 48034 | SERVICE CONTRACT | |
| CRAIL ENTERPRISES<br>271 CARILLON STREET<br>SHERBROOKE, QC J1J-2L3 CANADA | CONSULTANT AGREEMENT | |
| CREST D/B/A VALUE CITY<br>ATTN: SIMON KAPLAN<br>45 SIXTH ST.<br>E. BRUNSWICK, NJ 08816 | DEALER AGREEMENT DATED 07/24/2002 | |
| CROWN CREDIT COMPANY<br>115 N MAIN STREET<br>NEW BREMEN, OH 45869 | EQUIPMENT LEASE AGREEMENT | |
| CROWN LIFT TRUCKS<br>ATTN: BOB GRACE<br>8220 TYNER RD.<br>COLFAX, NC 27235 | EQUIPMENT LEASE AGREEMENT | |
| CUSTOM HOME FURNITURE GALLERIES<br>3514 SOUTH COLLEGE ROAD<br>WILMINGTON, NC 28412 | SALES AGREEMENT | |
| D. HALSEY-STROTHER, LLC<br>2740 MAUSER DR.<br>NEWTON, NC 28658 | FURNITURE DESIGN AGREEMENT DATED 08/23/2006 PLUS ALL AMENDMENTS | |
| DAMCO USA, INC.<br>ATTN: JEREMY T. HAYCOCK<br>2 GIRALDA FARMS, MADISON AVENUE<br>MADISON, NJ 07940 | SERVICE CONTRACT DATED 05/04/2012 | |
| DAN CRONE | SALES REPRESENTATIVE | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| C/O VALLEY FURNITURE & AUCTION CO., INC.<br>4001 LITTLESTOWN PIKE<br>WESTMINSTER, MD 21157 | AGREEMENT | |
| DAN MASTERS<br>6943 PERSHING AVE<br>ST. LOUIS, MO 63130 | INTERCOMPANY AGREEMENTS DATED 06/21/2012 | |
| DANA FITTS<br>375 COLLEGE AVENUE 1<br>EXCELSIOR, MN 55331 | SALES AGENCY AGREEMENT | |
| DANA FITTS<br>375 COLLEGE AVENUE 1<br>EXCELSIOR, MN 55331 | SALES REPRESENTATIVE AGREEMENT PLUS ALL AMENDMENTS | |
| DANIEL BRADLEY<br>4420 PLANTATION DRIVE<br>MORGANTON, NC 28655 | INTERCOMPANY AGREEMENTS DATED 10/26/2007 | |
| DARRYL CARTER DESIGN GROUP, INC.<br>ATTN: KATIE PETERS<br>2342 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20008 | SUPPLIER AGREEMENT DATED 06/20/2012 | |
| D'ASIGN SOURCE & COMPANY, INC.<br>11500 OVERSEAS HIGHWAY<br>MARATHON, FL 33050 | SALES AND DISTRIBUTION POLICY | |
| DAVID FIELDS<br>P.O. BOX 341<br>RIDGEFIELD, CT 06877 | SERVICE CONTRACT DATED 07/01/2006 | |
| DAVID MOWERY<br>5405 MECKLENBURG ROAD<br>GREENSBORO, NC 27407 | SALES REPRESENTATIVE AGREEMENT PLUS ALL AMENDMENTS | |
| DAVIDSONS FURNITURE<br>161 MAIN ST.<br>HORNELL, NY 14843 | DEALER AGREEMENT DATED 09/19/2005 | |
| DECHENG FURNITURE CO., LTD.<br>NO. 98 ROAD<br>JIASHAN COUNTY<br>ZHEJIANG PROVINCE, CHINA | PRODUCT AND SERVICE AGREEMENT DATED 03/16/2009 | |
| DECHENG FURNITURE CO., LTD.<br>THE FIRST INDUSTRIAL OF TANG WEI,<br>LIONG MING TOWN<br>SHENZHEN CITY, CHINA | PRODUCT AND SERVICE AGREEMENT DATED 03/13/2009 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| DECOR N.W.<br>ATTN: ROGER DUPONT<br>5087 HOUL BOURQUE<br>SHERBROOKE, QC J1N 2K6 CANADA | SHIPPER CONTRACT | |
| DECORATING DEN SYSTEMS, INC.<br>8659 COMMERCE DRIVE<br>EASTON, MD 21601 | PRODUCT AND SERVICE AGREEMENT DATED 11/27/2012 | |
| DENNIS DOBBRATZ<br>8736 54TH AVE. EAST<br>BRADENTON, FL 34202 | SALES REPRESENTATIVE AGREEMENT | |
| DENNIS DOBBRATZ<br>8736 54TH AVE. EAST<br>BRADENTON, FL 34202 | SALES REPRESENTATIVE AGREEMENT PLUS ALL AMENDMENTS | |
| DENNIS R. BURGETTE<br>415 STONECROFT DRIVE<br>LENOIR, NC 28645 | DEFERRED COMPENSATION AGREEMENT | |
| DENTON DESIGNS<br>ATTN: ROBERT. B DENTON<br>14 BENT TREE DRIVE<br>ASHEVILLE, NC 28803 | LICENSE AGREEMENT DATED 06/26/1989 | |
| DERCHANG FURNITURE<br>THE FIRST INDUSTRIAL OF TANG WEI, LIONG MING TOWN<br>SHENZHEN CITY, CHINA | PRODUCT AND SERVICE AGREEMENT DATED 03/13/2009 | |
| DERCHENG FURNITURE<br>THE FIRST INDUSTRIAL AREA OF<br>SHEN ZHEN CITY 518132 CHINA | STANDARD PURCHASING TERMS AND CONDITIONS | |
| DESIGN CENTER ASSOCIATES<br>2130 RITCHEY ST.<br>SANTA ANA, CA 92705 | DEALER ACCOUNT AGREEMENT | |
| DESIGN GALLERIA BY VALENTINE, INC.<br>2280 FAIR OAKS BOULEVARD<br>SACRAMENTO, CA 95825 | CONSIGNMENT AND SECURITY AGREEMENT | |
| DESIGN WORKS<br>PO BOX 25207<br>MIAMI, FL 33102 | DEALER ACCOUNT AGREEMENT | |
| DESIGNER'S LIBRARY<br>9102 BARTON STREET<br>OVERLAWN PARK, KS 66214 | DEALER ACCOUNT AGREEMENT | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| DICK KOONTZ<br>ATTN: DICK KOONTZ<br>1614 TERNBERRY ROAD<br>HIGH POINT, NC 27265 | PRODUCT AND SERVICE AGREEMENT | |
| DIRECT FURNITURE<br>ATTN: MIKE SIMS<br>9311 SOUTHWEST STATE RD. 200<br>OCALA, FL 34481 | DEALER AGREEMENT DATED 03/02/1999 | |
| DIRECT INTERIORS FURNITURE WAREHOUSE, INC.<br>ATTN: PAUL<br>80 DELTA PARK BLVD.<br>BRAMPTON, ON L6T 5E7 CANADA | SHIPPER CONTRACT | |
| DISIENA FURNITURE<br>ATTN: CAROL ZAPPONE<br>115 ROUND LAKE ROAD<br>MECHANICVILLE, NY 12118 | DEALER AGREEMENT DATED 09/21/2000 | |
| DONGCHENG MINGSHENG FURNITURE CO., LTD.<br>SONHUA INDUSTRIAL PARK, NIUSHAN GUANCHANG ROAD<br>DONGCHENG DISTRICT<br>DONGGUAN CITY, CHINA | PRODUCT AND SERVICE AGREEMENT DATED 06/10/2009 | |
| DONGGUAN DONG HE FURNITURE CO., LTD<br>10.12 JIAN GUO MEN WAI AVENUE<br>CHAOYANG DISTRICT, BEIJING 100022<br>CHINA | SUPPLIER PENALTY POLICY | |
| DONGGUAN RUIJING GLASS CRAFTWORKS & HARDWARE FACTORY<br>HARDWARE FACTORY<br>TAI CHENG ROAD<br>SHAJIAOZHONGZONE<br>HUMEN TOWN<br>DONGGUAN, GUANGDONG, CHINA | STANDARD PURCHASING TERMS AND CONDITIONS | |
| DONGHE<br>NO. 18, YUYUAN RD,<br>ECONOMIC DEVELOPMENT ZONE,<br>SHANGQIU CITY, HENAN PROVINCE,<br>CHINA | STANDARD PURCHASING TERMS AND CONDITIONS | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| DROGENS FURNITURE<br>ATTN: ARNIE LEVY<br>ROUTE 23 SOUTHSIDE<br>ONEONTA, NY 13820 | DEALER AGREEMENT DATED 06/02/2004 | |
| DTI INTEGRATED BUSINESS SOLUTIONS, INC.<br>P.O. BOX 18254<br>GREENSBORO, NC 27419-8254 | SERVICE CONTRACT PROPOSAL DATE 4/13/2012 | |
| DTI INTEGRATED BUSINESS SOLUTIONS, INC.<br>P.O. BOX 18254<br>GREENSBORO, NC 27419-8254 | SERVICE CONTRACT PROPOSAL DATE 2/24/2012 | |
| DUKE POWER COMPANY<br>550 SOUTH TRYON ST<br>CHARLOTTE<br>MECKLENBURG, NC 28202<br><br>- AND –<br><br>LAW FIRM OF RUSSEL R. JOHNSON III, PLC<br>2258 WHEATLANDS DRIVE<br>MANAKIN-SABOT, VIRGINIA 23103<br>RUSSELL R. JOHNSON III, ESQ.<br>JOHN M. CRAIG, ESQ.<br><br>- AND –<br><br>STEVENS & LEE, P.C.<br>1105 NORTH MARKET STREET<br>7TH FLOOR<br>WILMINGTON, DE 19801<br>JOHN D. DEMMY, ESQ. | LICENSE AGREEMENT | |
| E! NETWORKS PRODUCTIONS, INC.<br>5750 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90036 | TRADE-OUT AGREEMENT | |
| EDELMAN PUBLIC RELATIONS WORLDWIDE<br>ATTN: MARY EITEL, SENIOR VICE PRESIDENT<br>DANIEL J. EDELMAN, INC.<br>1350 SPRING STREET, SUITE 500<br>ATLANTA, GA 30309 | SERVICE CONTRACT DATED 01/01/2005 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| EDWARD D. TEPLITZ<br>2 BURNHAM HILL<br>WESTPORT, CT 06880 | SEPARATION & RELEASE AGREEMENT DATED 06/13/2013 | |
| EDWARD TOBIN<br>ATTN: EDWARD TOBIN<br>2338 TURNER ROAD<br>LEXINGTON, NC 27292 | DESIGNING AGREEMENT | |
| EGG & DART, LTD<br>42-829 COOK ST., SUI<br>PALM DESERT, CA 92211 | CONSIGNMENT AND SECURITY AGREEMENT DATED 04/19/2011 | |
| EL DORADO FURNITURE CORPORATION<br>4200 NW 167 ST.<br>MIAMI, FL 33054 | INDEMNIFICATION AGREEMENT DATED 03/01/2001 | |
| EL PIEX PUERTORRIGUENO INC. DBA / A LA ORDEN DISCOUNT HOUSE<br>ATTN: JUAN VEGA MERCADO<br>A LA ORDEN DISCOUNT<br>FRANK BECERRA #75 URB IND 3 MO<br>SAN JUAN 918 PUERTO RICO | DEALER AGREEMENT DATED 05/15/1995 | |
| ELASTICITY, LLC<br>1101 LUCAS AVENUE<br>SUITE 202<br>ST. LOUIS, MO 63101 | SERVICE CONTRACT DATED 09/01/2010 | |
| ELISABETH SWAIL<br>186 SIENNA HILL DRIVE SW<br>CALGARY, AB T3H 2Z1 CANADA | INDEPENDENT CONTRACTOR AGREEMENT DATED 10/01/2002 | |
| E-MART CO., LTD.<br>333-16<br>SEONGSU-2GA<br>SEOUL 122-010 KOREA, REPUBLIC OF | VENDOR SUPPLY AGREEMENT DATED 04/30/2012 | |