# SCHEDULE 1

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| E-MART CO., LTD.<br>ATTN: PRESIDENT<br>333-16<br>SEONGSU-2GA<br>SEOUL 122-010 KOREA, REPUBLIC OF | MASTER AGREEMENT DATED 04/30/2012 | |
| E-MART CO., LTD.<br>333-16<br>SEONGSU-2GA<br>SEOUL 122-010 KOREA, REPUBLIC OF | IMPORT AGREEMENT DATED 04/30/2012 | |
| EMBELISHMENTS<br>3869 HIGHWAY 54<br>OSAGE BEACH, MO 65065 | DEALER ACCOUNT AGREEMENT | |
| ENCORE ENTERPRISES, LLC<br>ATTN: BRIAN GOOD; CLAIR SAUDER<br>600 OLDE HICKORY RD STE 102<br>LANCASTER, PA 17601 | STORE RETAILER AGREEMENT DATED 07/01/2001 | |
| ERICKSON FURNITURE<br>ATTN: CLAY ERICKSON<br>2015 BROADWAY<br>EVERETT, WA 98201 | DEALER AGREEMENT DATED 08/09/2005 | |
| ESCALATE, INC.<br>9890 TOWNE CENTRE DRIVE, SUITE 100<br>SAN DIEGO, CA 92121 | PRODUCT AND SERVICE AGREEMENT DATED 06/06/2008 | |
| ETHERIDGE FURNITURE CO., INC.<br>ATTN: GEORGE BROOKS ETHERIDGE<br>1940 SOUTH 1ST ST.<br>LAKE CITY, FL 32055 | DEALER AGREEMENT DATED 12/19/1991 | |
| EVERAFTER INC.<br>12 EDGEBOROR ROAD, UNIT #7<br>EAST BRUNSWICK, NJ 08816 | DEALER ACCOUNT AGREEMENT | |
| EXCESS SPACE RETAIL SERVICES, INC.<br>101 S. HANLEY<br>ST. LOUIS, MO 63105 | AGENCY AGREEMENT | |

01:14548877.1

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| EXEL DIRECT INC.<br>ATTN: DAVID VLEIRA, PRESIDENT<br>C/O EXEL INC.<br>570 POLARIS PARKWAY<br>WESTERVILLE, OH 43082 | SERVICE CONTRACT DATED 03/31/2006 | |
| EXEL DIRECT INC.<br>ATTN: DAVID VIEIRA, PRESIDENT<br>C/O EXEL INC.<br>570 POLARIS PARKWAY<br>WESTERVILLE, OH 43082 | SERVICE CONTRACT DATED 04/05/2006 | |
| EXEL INC.<br>ATTN: DANIEL AVRAMOVICH<br>DEPARTMENT NO. 280<br>570 POLARIS PARKWAY<br>WESTERVILLE, OH 43082 | TRANSPORTATION AGREEMENT DATED 05/01/2003 | |
| EXPERIAN MARKETING SOLUTIONS, INC.<br>955 AMERICAN LANE<br>SCHAUMBURG, IL 60173 | SALE AGREEMENT DATED 09/24/2010 | |
| EXPORT HOME FURNISHINGS, INC.<br>ATTN: JOHN NERCESSIAN<br>3635 PEACHTREE INDUSTRIAL BLVD<br>SUITE 700<br>DULUTH, GA 30096 | SALES AGREEMENT DATED 08/14/2009 | |
| FAMILY HOME FURNISHINGS DBA TRIVETT'S<br>ATTN: MICHAEL TRIVETTS<br>3986 PLANK ROAD<br>FEDERICKSBURG, VA 22407 | SERVICE CONTRACT DATED 12/31/2003 | |
| FEREBEE/LANE, INC.<br>ATTN: JOSH LANE<br>3620 PELHAM RD #346<br>GREENVILLE, SC 29615-5044 | ADVERTISING & MARKETING AGREEMENT DATED 06/01/2005 | |
| FERGUSON COPELAND, LLC<br>ATTN: PRESIDENT<br>100 REEP DRIVE<br>MORGANTON, NC 28655 | FURNITURE DESIGN AGREEMENT DATED 03/02/2006 PLUS ALL AMENDMENTS | |
| FERGUSON HARBOUR INCORPORATED<br>P.O. BOX 830<br>340 ROCKLAND ROAD<br>HENDERSONVILLE, TN 37077 | SERVICE AGREEMENT DATED 12/02/1999 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| FIRST CONTINENTAL LEASING<br>ATTN: RHONDA RAINS<br>VICE PRESIDENT<br>PO BOX 15097<br>HATTIESBURG, MS 39404 | EQUIPMENT LEASE AGREEMENT DATED 08/07/2002 PLUS ALL AMENDMENTS | |
| FIRST CONTINENTAL LEASING, A DIVISION OF BANK OF MISSISSIPPI<br>P.O. BOX 15097<br>302 SECOND AVE<br>HATTIESBURG, MS 39402-5097 | EQUIPMENT LEASE AGREEMENT DATED 06/17/1992 | |
| FLACK INTERIORS, INC.<br>2999 COBB PARKWAY<br>ATTN: BRENDA MOORE<br>ATLANTA, GA 30339 | STORE RETAILER AGREEMENT DATED 06/28/1994 | |
| FLOOR SHOW FURNITURE & FLOORING<br>ATTN: RICHARD J. GREGORY<br>1475 ASSOCIATES DRIVE<br>DUBUQUE, IA 52002 | STORE RETAILER AGREEMENT DATED 11/01/2005 | |
| FORD & HOLDEN DESIGN COMPANY, LLP<br>ATTN: ALEXANDER S. HOLDEN<br>P.O. BOX 2288<br>BLOWING ROCK, NC 28605-2288 | FURNITURE DESIGN AGREEMENT DATED 07/22/2008 PLUS ALL AMENDMENTS | |
| FOREMOST GROUPS, INC.<br>906 MURRAY ROAD<br>EAST HANOVER, NJ 07936 | OUTDOOR FURNITURE AGREEMENT DATED 01/30/2009 PLUS ALL AMENDMENTS | |
| FOREMOST WORLDWIDE<br>6F SUITE D TIANJI BUILDING<br>TIAN'AN INDUSTRIAL ZONE<br>CHEGONGMIAOOVINCE<br>SHENZHEN 518040 CHINA | TRADEMARK LICENSE AGREEMENT DATED 01/30/2009 | |
| FORTITUDE TECHNOLOGY<br>ATTN: KEN KWIAT<br>9089 CLAIREMONT MESA BLVD., SUITE 106<br>SAN DIEGO, CA 92123 | HOSTING SERVICE AGREEMENT DATED 05/01/2008 | |
| FRANCE INTERIORS<br>10002 MONTGOMERY ROAD<br>CINCINNATI, OH 45242 | RETAIL STORE AGREEMENT DATED 11/01/2004 | |
| FREDERICK SCHUBERT<br>6100 CUTLASS COURT<br>NEW BERN, NC 28560 | DEFERRED COMPENSATION AGREEMENT DATED 01/01/1997 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| FREEMAN INTERIORS<br>ROUTE 92<br>7430 HIGHBRIDGE ROAD<br>FAYETTEVILLE, NY 13066 | DEALER ACCOUNT AGREEMENT | |
| FURNITURE BRANDS CANADA<br>80 DELTA PARK BLVD.<br>BRAMPTON, ON L6T 5E7 CANADA | FREIGHT AGREEMENT | |
| FURNITURE CONNEXIONS LIMITED<br>ATTN: DEBBIE BURGESS, DIRECTOR<br>THE GRANARY, MANOR BARNS<br>WARTON LANE<br>WARWICKSHIRE CV9 3EJ UNITED KINGDOM | INDEPENDENT CONTRACTOR AGREEMENT DATED 01/14/2003 | |
| FURNITURE DIRECT<br>7660 INDUSTRIAL ROAD<br>LAS VEGAS, NV 89139 | DEALER ACCOUNT AGREEMENT | |
| FURNITURE FASHIONS<br>ATTN: DEBRA SHUMAN<br>1603 TENNESSEE<br>APACHE CENTER<br>DALHART, TX 79022 | DEALER AGREEMENT | |
| FURNITURE GALLERY OF ORLANDO<br>ATTN: JAMES JOHNSON<br>1260 ALTAMONTE HWY #436<br>ALTAMONTE SPRINGS, FL 32701 | STORE RETAILER AGREEMENT DATED 10/10/1994 | |
| FURNITURE OUTLET<br>ATTN: MICHAEL WEECE<br>503 SOUTH SECOND<br>DODGE CITY, KS 67801 | DEALER AGREEMENT DATED 04/20/2007 | |
| FURNITURE PLUS<br>ATTN: BONNIE CARO<br>329 FAIRVIEW AVE<br>HUDSON, NY 12534 | DEALER AGREEMENT DATED 09/08/2005 | |
| FURNITURE TRANS. SYSTEM<br>3100 POMONA BLVD.<br>POMONA, CA 91768 | MOTOR CARRIER/SHIPPER AGREEMENT DATED 05/01/2008 | |
| FURNITUREFAN, INC.<br>142 NORTH RD<br>STE Q<br>SUDBURY, MA 01776 | MANUFACTURER PARTICIPATION AGREEMENT DATED 10/25/2001 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| FURNITURELAND SOUTH, INC.<br>ATTN: A. DARRELL HARRIS<br>5635 RIVERDALE ROAD<br>JAMESTOWN, NC 27282 | DEALER AGREEMENT DATED 06/02/1989 | |
| GALERIA PREMIER S.A. DE C.V.<br>ATTN: MONTERREY SHOWCASE GALLERY<br>VASCONCELOS #617 OTE.<br>SAN PEDRO GARZA GARCIA, NUEVO LEON<br>C.P. 66250 MEXICO | DEALER AGREEMENT DATED 09/19/2005 | |
| GARY DIANTHONY<br>WESCO, INC.<br>214 ROUTE 10<br>ESAT HANOVER, NJ 07036 | STORE RETAILER AGREEMENT DATED 02/14/2006 | |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>10975 BENSON DRIVE SUITE 120<br>OVERLAND PARK, KS 66210<br><br>– AND –<br><br>GE TF TRUST<br>P.O. BOX 35707<br>BILLINGS, MT 59107-5707<br><br>– AND –<br><br>GE TITLE AGENT LLC<br>P.O. BOX 35707<br>BILLINGS, MT 59107-5707<br><br>– AND –<br><br>JOSEPH M. GRIECO, ESQ.<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE<br>1650 MARKET STREET<br>PHILADELPHIA, PA 19103-7301<br><br>– AND –<br><br>KURT F. GWYNNE, ESQ.<br>LUCY QIU, ESQ.<br>REED SMITH LLP<br>1201 MARKET STREET<br>SUITE 1500 | EQUIPMENT LEASE AGREEMENT DATED 03/07/2006 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| WILMINGTON, DE 19801<br><br>– AND –<br><br>WENDY S. WALKER, ESQ.<br>PATRICK D. FLEMING, ESQ.<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0060 | | |
| GENESIS DESIGNS, LLC<br>ATTN: GARY LOWE<br>90105 HIGHWAY 321 NW #137<br>HICKORY, NC 28601 | LICENSE AGREEMENT DATED 08/15/2003 | |
| GLENN DORSHIMER<br>C/O LINEA DESIGN INSTITUTE<br>PO BOX 1281<br>CHAPEL HILL, NC 27514 | DESIGN SERVICE AGREEMENT | |
| GLL PERIMETER PLACE, L.P.<br>ATTN: ASSISTANT SECRETARY<br>THE SCHONBRAUN MCCANN GROUP<br>101 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 | SUBORDINATION AGREEMENT DATED 11/22/2006 | |
| GLOBAL CONSTRUCTION ASSOCIATES, LIMITED LIABILITY COMPANY<br>ATTN: WHITNEY R. PETERSON<br>2100 PARK CENTRAL BLVD N STE 600<br>POMPANO BEACH, FL 33064 | CONSTRUCTION/CAPITAL IMPROVEMENT CONTRACTS DATED 11/11/2010 | |
| GLORY OCEANIC CO., LTD.<br>RM 305, WING FU BUILDING<br>22-24 WING KUT STREET<br>CENTRAL HONG KONG, CHINA | MANUFACTURING AGREEMENT DATED 01/24/2008 | |
| GLORY OCEANIC CO., LTD.<br>RM 305, WING FU BUILDING<br>22-24 WING KUT STREET<br>CENTRAL HONG KONG, CHINA | STANDARD PURCHASING TERMS AND CONDITIONS | |
| GOOD FURNITURE GALLERY<br>ATTN: TOM DRUESSELL<br>1360 KOESTER DRIVE<br>FORSYTH, IL 62535 | DEALER AGREEMENT DATED 05/24/2002 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| GRAVITY PAYMENTS<br>1434 ELLIOT AVE. W, SUITE C<br>SEATTLE, WA 98121 | STORE RETAILER AGREEMENT | |
| GREGORY ROY<br>2162 DECAN HILL LANE<br>TUPELO, MS 38801 | CHANGE IN CONTROL AGREEMENT DATED 04/07/2009 | |
| GRYFFYNS, INC.<br>486 THOMAS JONES WAY, SUITE 100<br>EXTON, PA 19341 | SERVICE CONTRACT DATED 09/12/2011 | |
| GRYFFYNS, INC.<br>ATTN: JOHN PETRIKONIS (VP SALES)<br>486 THOMAS JONES WAY<br>SUITE 100<br>EXTON, PA 19341 | SERVICE CONTRACT | |
| HABITAT FURNITURE & CONTRACT FURNISHINGS<br>MADINA ROAD, KILO 2<br>SULTAN CENTER<br>JEDDAH 21423 SAUDI ARABIA | COMMERCIAL AGENCY AND DISTRIBUTORSHIP AGREEMENT DATED 01/11/1996 | |
| HABITAT FURNITURE & CONTRACT FURNISHINGS<br>MADINA ROAD<br>KILO 2<br>JEDDAH 21423 SAUDI ARABIA | COMMERCIAL AGENCY AND DISTRIBUTORSHIP AGREEMENT DATED 04/15/1993 | |
| HABITAT INTERNATIONAL TRADING CO., LTD.<br>ATTN: ISMAIL ALTOURKI, PRESIDENT<br>144, 6TH AREA, MAHALIA 12<br>FIRST HOUSING DISTRICT, OBOUR CITY<br>CAIRO, EGYPT | COMMERCIAL AGENCY AND DISTRIBUTORSHIP AGREEMENT DATED 07/03/2000 | |
| HAMBUCHEN HOME FURNISHINGS<br>ATTN: DAVID HAMBUCHEN<br>P.O. BOX 549<br>CONWAY, AR 72033 | DEALER AGREEMENT DATED 04/29/1996 | |
| HAMILTON - BRYAN<br>ATTN: SCOTT HAMILTON<br>3008 KEMP STREET<br>WICHITA FALLS, TX 76308 | DEALER AGREEMENT DATED 10/24/2007 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| HANJIN<br>4300 NORTH POINT PARKWAY SUITE 202<br>IMPORT ACCOUNTS RECEIVABLE<br>ALPHARETTA, GA 30022<br><br>- AND –<br><br>NOWELL AMOROSO KLEIN BIERMAN, P.A.<br>155 POLIFLY ROAD<br>HACKENSACK, NJ 07601<br>ATTN: RICK A. STEINBERG, ESQ. | LOGISTICS AGREEMENT | |
| HARRISON FURNITURE<br>ATTN: DICK HARRISON<br>14457 N DALE MABRY HWY<br>TAMPA, FL 33618 | STORE RETAILER AGREEMENT DATED 03/17/1992 | |
| HARRISON FURNITURE<br>ATTN: DICK HARRISON<br>14457 N DALE MABRY HWY<br>TAMPA, FL 33618 | STORE RETAILER AGREEMENT DATED 06/25/1999 | |
| HARRISON FURNITURE CO.<br>ATTN: RICHARD D. HARRISON<br>6706 US 19<br>NEW PORT RICHEY, FL 34652 | STORE RETAILER AGREEMENT DATED 11/10/2003 | |
| HARRISON FURNITURE CO.<br>ATTN: RICHARD D. HARRISON<br>6706 US 19<br>NEW PORT RICHEY, FL 34652 | STORE RETAILER AGREEMENT DATED 08/21/1993 | |
| HATCHER & ROBBINS CREATIVE DESIGN SERVICE, INC.<br>SERVICE, INC.<br>DESIGN SERVICES INC.<br>854 WELLINGTON ROAD<br>WINSTON-SALEM, NC 27106 | DESIGN SERVICES AGREEMENT DATED 08/26/2002 | |
| HAYWOOD WEST & CO.<br>ATTN: HAYWOOD L. WEST<br>1402 WELBORN STREET<br>HIGH POINT, NC 27262 | FURNITURE DESIGN AGREEMENT DATED 09/19/2007 PLUS ALL AMENDMENTS | |
| HEARST COMMUNICATIONS, INC.<br>959 EIGHTH AVENUE<br>NEW YORK, NY 10019 | SERVICE CONTRACT DATED 06/24/2005 | |

01:14548877.1

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
| --- | --- | --- |
| HEMINGWAY, LTD.<br>305 MADISON AVE<br>SUITE 3520<br>NEW YORK, NY 10165<br><br>- AND –<br><br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 MILBURN AVENUE<br>SUITE 207<br>P.O. BOX 1029<br>MILBURN, NEW JERSEY 07041<br>ATTN: STEVEN Z. JURISTA, ESQ. | LICENSE AGREEMENT DATED 03/01/2003 PLUS ALL AMENDMENTS |  |
| HENDRICKS FURNITURE GROUP<br>ATTN: LARRY HENDRICKS<br>4257 FURNITURE AVE<br>JAMESTOWN, NC 27282 | STORE RETAILER AGREEMENT DATED 11/01/2004 |  |
| HENDRICKS FURNITURE GROUP, INC.<br>ATTN: SCOTT LEVER<br>PO BOX 3827<br>HICKORY, NC 28603 | STORE RETAILER AGREEMENT DATED 04/09/2003 |  |
| HENDRICKS FURNITURE GROUP, INC.<br>P.O. BOX 3827<br>HICKORY, NC 28603 | STORE RETAILER AGREEMENT |  |
| HENDRICKS FURNITURE GROUP, LLC<br>ATTN: RICK GRANT<br>1123 FOURTH STREET SW<br>HICKORY, NC 28613 | STORE RETAILER AGREEMENT DATED 03/04/2005 |  |
| HENDRICKS FURNITURE GROUP, LLC<br>ATTN: RICK GRANT<br>1123 FOURTH STREET SW<br>HICKORY, NC 28613 | BILL OF SALE AND ASSIGNMENT DATED 01/31/2008 |  |
| HENDRICKS FURNITURE GROUP, LLC<br>ATTN: SCOTT LEVER / RICK GRANT<br>1123 FOURTH STREET SW<br>HICKORY, NC 28613 | BILL OF SALE AND ASSIGNMENT DATED 01/31/2008 |  |
| HENLEY HOME, INC.<br>ATTN: E. PATRICK HENLEY, JR.<br>611 BELLMEADE STREET<br>GREENSBORO, NC 27401 | LICENSE AGREEMENT DATED 03/22/2004 |  |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| HERO WAI ENTERPRISES CO., LTD<br>RM 305, WING FU BUILDING<br>22-24 WING KUT STREET<br>CENTRAL HONG KONG, CHINA | SUPPLIER PENALTY POLICY | |
| HICKORY PARK FURNITURE GALLERIES<br>ATTN: C. DAVID BOLICK<br>2220 HWY 70 E SUITE 370<br>HICKORY, NC 28602 | DEALER AGREEMENT DATED 11/17/2004 | |
| HIGH POINT DISTRIBUTORS CORPORATION<br>ATTN: LUIS GORDILLO<br>GALERIA TOWERS AT SAN PATRICIO<br>LOCAL B-6, B-4 TABONUCO STREET<br>GUAYNABO 968 PUERTO RICO | RETAILER AGREEMENT DATED 09/07/2004 | |
| HIGH POINT DISTRIBUTORS CORPORATION<br>GALERIA TOWERS<br>LOCAL B-6, B-4 TABONUCO STREET<br>GUAYNABO 968 PUERTO RICO | SERVICE CONTRACT DATED 09/07/2004 | |
| HOME CINEMA DESIGNS, INC.<br>ATTN: EMILY DAVIDOW<br>99 JANE ST 9C<br>NEW YORK, NY 10014 | LICENSE AGREEMENT DATED 12/24/2002 | |
| HOME FURNISHINGS OF FAIRFAX, LLC<br>ATTN: MICHAEL MASSOOD, JR., MEMBER<br>12 FURLER STREET<br>P.O.BOX 144<br>TOTOWA, NJ 07512 | STORE RETAILER AGREEMENT DATED 11/13/2000 | |
| HOME FURNISHINGS OF STERLING, LLC<br>ATTN: MICHAEL MASSOOD, JR., MEMBER<br>12 FURLER STREET<br>P.O.BOX 144<br>TOTOWA, NJ 07512 | STORE RETAILER AGREEMENT DATED 11/13/2000 | |
| HOME HARDWARE STORES LIMITED<br>34 HENRY STREETREET WEST<br>ST JACOBS, ON N0B 2N0 CANADA | VENDOR SUPPLY AGREEMENT | |
| HOME HARDWARE STORES LIMITED<br>34 HENRY STREETREET WEST<br>ST JACOBS, ON N0B 2N0 CANADA | DEALER AGREEMENT DATED 07/01/2011 | |

| **Name and Address of the Contract Counter-Party, Landlord and/or Subtenant** | **Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract** | **Effective Date of Rejection** |
|---|---|---|
| HOOKUMU INCORPORATED<br>1 VERANI WAY STE 7<br>LONDONDERRY, NH 03053 | LICENSE AGREEMENT | |
| HOONE FURNITURE HARDWARE FACTORY CO., LTD.<br>SHANGDI 2ND AREA, LIAOBER (SP) TOWN<br>DONGGUAN<br>GUANGDONG 523422 CHINA | PRODUCT AND SERVICE AGREEMENT DATED 05/06/2009 | |
| HORIZON RETAIL CONSTRUCTION, INC.<br>ATTN: JAKE BASTEN<br>1500 HORIZON DRIVE<br>STURTEVANT, WI 53177<br><br>- AND –<br><br>COOCH AND TAYLOR, P.A.<br>1000 WEST STREET<br>10TH FLOOR<br>WILMINGTON, DE 19801<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br><br>- AND –<br><br>THOMAS, FELDMAN & WILSHUSEN, L.L.P.<br>9400 NCX TOWER<br>SUITE 900<br>9400 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75231-5027<br>ATTN: JASON R. KENNEDY | SERVICE CONTRACT DATED 02/25/2013 | |
| HORIZON RETAIL CONSTRUCTION, INC.<br>ATTN: JAKE BASTEN<br>1500 HORIZON DRIVE<br>STURTEVANT, WI 53177<br><br>- AND –<br><br>COOCH AND TAYLOR, P.A.<br>1000 WEST STREET<br>10TH FLOOR<br>WILMINGTON, DE 19801<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br><br>- AND –<br><br>THOMAS, FELDMAN & WILSHUSEN, L.L.P.<br>9400 NCX TOWER | SERVICE CONTRACT DATED 05/12/2013 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| SUITE 900<br>9400 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75231-5027<br>ATTN: JASON R. KENNEDY | | |
| HORIZON RETAIL CONSTRUCTION, INC.<br>ATTN: JAKE BASTEN<br>1500 HORIZON DRIVE<br>STURTEVANT, WI 53177<br><br>- AND –<br><br>COOCH AND TAYLOR, P.A.<br>1000 WEST STREET<br>10TH FLOOR<br>WILMINGTON, DE 19801<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br><br>- AND –<br><br>THOMAS, FELDMAN & WILSHUSEN, L.L.P.<br>9400 NCX TOWER<br>SUITE 900<br>9400 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75231-5027<br>ATTN: JASON R. KENNEDY | SERVICE CONTRACT DATED 06/20/2013 | |
| HORIZON RETAIL CONSTRUCTION, INC.<br>ATTN: JAKE BASTEN<br>1500 HORIZON DRIVE<br>STURTEVANT, WI 53177<br><br>- AND –<br><br>COOCH AND TAYLOR, P.A.<br>1000 WEST STREET<br>10TH FLOOR<br>WILMINGTON, DE 19801<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br><br>- AND –<br><br>THOMAS, FELDMAN & WILSHUSEN, L.L.P.<br>9400 NCX TOWER<br>SUITE 900<br>9400 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75231-5027<br>ATTN: JASON R. KENNEDY | SERVICE CONTRACT DATED 06/13/2013 | |

| Name and Address of the Contract Counter-Party, Landlord and/or Subtenant | Street Address of Lease/Sublease/Related Interest or Name/Description of Executory Contract | Effective Date of Rejection |
|---|---|---|
| HOSPITALITY INTERIORS<br>ATTN: WILLIAM H. TUCKER<br>1034 BURKE STREET<br>WINSTON-SALEM, NC 27101 | SERVICE CONTRACT DATED 06/24/2003 | |
| HOUSE OF FRANCE<br>10002 MONTGOMERY ROAD<br>CINCINNATI, OH 45242 | RETAILER AGREEMENT DATED 02/01/2006 | |