**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                              :

| | |
|---|---|
| *In re:* | Chapter 11 |
| **FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.),** *et al.*, | Case No. 13-12329 (CSS) |
| | Jointly Administered |
| Debtors.[1] | RE Docket No. 833 |

---------------------------------------------------------------x

**FIRST SUPPLEMENTAL CURE NOTICE IN RESPECT OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES THE**
**DEBTORS MAY ASSUME AND ASSIGN AS PART OF SALE OF**
**ALL OR SUBSTANTIALLY ALL OF THE ACQUIRED ASSETS**

    **PLEASE TAKE NOTICE THAT**, on October 3, 2013, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order (I) Approving (A) Bidding Procedures; (B) Form and Manner of Notices; (C) Form of Asset Purchase Agreement, Including Bid Protections; (II) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sales, Including Treatment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 313] (the "Bidding Procedures Order").

    **PLEASE TAKE FURTHER NOTICE THAT**, on November 22, 2013, the Bankruptcy Court entered the *Order (I) Approving Sale of All Acquired Assets; (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 833] (the "Sale Order").[2] Among other things, the Sale Order approved the sale of the Acquired Assets to the Purchasers, including the assumption and assignment of certain executory contracts and unexpired leases pursuant to the terms of the Asset Purchase Agreement. The Sale closed on November 25, 2013 (the "Closing Date").

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174). The Debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order and the Bidding Procedures Order, as applicable.

01:14566758.1

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Bidding Procedures Order, the Debtors previously filed Cure Notices with the Bankruptcy Court with respect to executory contracts and unexpired leases that the Debtors may assume and assign to the Purchasers in accordance with the Asset Purchase Agreement [Docket Nos. 424, 573, and 664].[3] The Debtors also served personalized Cure Notices on the non-debtor counterparties to such executory contracts and unexpired leases in accordance with the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Sale Order, the Contract Objections set forth on Exhibit B to the Sale Order were adjourned for later consideration by the Court in accordance with paragraph 36 of the Sale Order.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Sale Order, the Debtors have consensually resolved the Contract Objections identified on Exhibit A hereto, as set forth thereon. In accordance with the Sale Order, the Contracts or Leases listed on Exhibit A (the "Exhibit A Contracts") hereto are automatically subject to the terms and conditions of the Sale Order in all respects, including, without limitation, with respect to the agreed-upon Cure Amounts set forth on Exhibit A hereto, and may become Assumed Executory Contracts in accordance with the Asset Purchase Agreement and the Sale Order, without further order of the Court.

**PLEASE THAT FURTHER NOTICE THAT** notwithstanding anything herein, this Supplemental Cure Notice shall not be deemed to be an assumption, adoption, rejection, or termination of any of the Exhibit A Contracts. Moreover, to the extent that the Exhibit A Contracts are not Assumed Executory Contracts under the Sale Order, the Debtors explicitly reserve their rights, in their sole discretion, to seek to reject or assume or assume and assign any Exhibit A Contracts pursuant to section 365(a) of the Bankruptcy Code, and nothing herein (a) alters in any way the prepetition nature of such Exhibit A Contracts or the validity, priority, or amount of any claims of a counterparty to such Exhibit A Contracts against the Debtors that may arise under such Exhibit A Contracts, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims of any counterparty to such Exhibit A Contracts against the Debtors that may arise under such Exhibit A Contracts.

---

[3] Neither the Cure Notices nor this Supplemental Cure Notice is an admission by the Debtors that such contracts or leases are executory or unexpired.

01:14566758.1

Dated: December 6, 2013
     Wilmington, Delaware

/s/ *Andrew L. Magaziner*
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Andrew L. Magaziner (No. 5426)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

Luc A. Despins
Leslie A. Plaskon
James T. Grogan
PAUL HASTINGS LLP
Park Avenue Tower
75 East 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

-and-

Marc J. Carmel
PAUL HASTINGS LLP
191 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

*Attorneys for the Debtors and Debtors in Possession*

## **EXHIBIT A**

| Counterparty Name | Executory Contract or Unexpired Lease | Cure Amount |
|---|---|---|
| CLASSIC DESIGNS, INC. | Delivery Service Agreement, Dated 07/21/2008 | $38,149.30 |
| WATKINS SHEPARD TRUCKING, INC. | Shipper Contract, Dated 09/09/2009, Plus all amendments | $197,786.00 |

01:14566758.1