## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), et al.,,¹** | ) | Case No. 13-12329 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date:  Only if objections are timely filed** |

## FIRST MONTHLY FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
## RESTRUCTURING ADVISOR TO THE DEBTORS FOR THE PERIOD FROM
## SEPTEMBER 9, 2013 THROUGH OCTOBER 31, 2013

| | |
|---|---|
| Name of Applicant: | Alvarez and Marsal North America ("***A&M***") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc pro tunc* to September 9, 2013 |
| Period for which compensation and reimbursement are sought: | September 9, 2013 through October 31, 2013 (the "***Fee Period***") |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,466,700.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $79,138.15 |
| Prior Applications Filed: | None |
| This is a(n):    X    Monthly            Interim            Final application. | |

---

¹ The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are:  Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174).  The debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

**Requested Payment Amount:**

| | | |
|---|---|---|
| Fees at 80% | $ | 1,173,360.00 |
| Expenses at 100% | $ | 79,138.15 |
| **Total:** | **$** | **1,252,498.15** |

## TIME AND COMPENSATION BREAKDOWN

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| **Restructuring** | | | | |
| Shawn Hassel | Managing Director | $750 | 180.4 | $135,300.00 |
| Christopher Wells | Senior Director | $600 | 395.2 | $237,120.00 |
| Matt Henry | Director | $500 | 410.3 | $205,150.00 |
| Bobby Hoernschemeyer | Associate | $375 | 394.7 | $148,012.50 |
| Mark Sidorenkov | Analyst | $325 | 523.1 | $170,007.50 |
| *Subtotal* | | | *1,903.7* | *$895,590.00* |
| | | | | |
| **Claims** | | | | |
| Julie Hertzberg | Managing Director | $650 | 50.3 | $32,695.00 |
| Erin McKeighan | Director | $450 | 368.0 | $165,600.00 |
| Mark Zeiss | Director | $450 | 124.0 | $55,800.00 |
| Jeffrey Sielinski | Consultant | $390 | 319.8 | $124,722.00 |
| Daniel Sagen | Consultant | $290 | 302.2 | $87,638.00 |
| *Subtotal* | | | *1,164.3* | *$466,455.00* |
| | | | | |
| **Benefits Group** | | | | |
| Brian Cumberland | Managing Director | $850 | 79.8 | $67,830.00 |
| Garret Griffin | Senior Director | $650 | 52.1 | $33,865.00 |
| Robert Casburn | Senior Associate | $400 | 7.4 | $2,960.00 |
| *Subtotal* | | | *139.3* | *$104,655.00* |
| | | | | |
| **Total** | | | 3,207.3 | $1,466,700.00 |
| | | *Blended Rate* | $457 | |

## COMPENSATION BY PROJECT CATEGORY

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| ACCOUNTING | Assist the Debtor with accounting related items including, but not limited to, filing date cut-off processes, pre-petition and post-petition claims payment processes, reporting requirements, bank related items, and other accounting related items. | 136.5 | $57,791.50 |
| ANALYSIS OF BENEFIT ISSUES | Assist the Debtors with the analysis of various employee/benefit issues as a result of the Chapter 11 filing including Key Employee Incentive Plans (KEIP) and Key Employee Retention Plans (KERP). | 139.3 | $103,160.00 |
| ANALYSIS OF OPERATIONAL ISSUES | Assist the Debtors with various operational issues and development/execution of operational strategies for the various Debtors' businesses. | 46.0 | $27,617.50 |
| ANALYSIS OF RESTRUCTURING ALTERNATIVES | Assist the Debtors in the consideration of various restructuring alternatives presented in the case including development of recovery models and analyses. | 63.0 | $37,342.50 |
| ASSET SALE SUPPORT | Assist the Debtors' and advisors with various asset sales including discussions with potential buyers, attaining and submitting information for buyer diligence related to the sale, supplying supporting analysis/forecasts, and creation/support of Asset Pur | 243.2 | $121,315.50 |
| CAPS | Assist the Debtors in disbursement tracking against court-ordered caps on spending levels, creation of weekly dashboards, tracking of critical vendor payments, and related analysis/tracking of spending levels. | 100.6 | $41,782.50 |
| CASH | Assist the Debtors with the 13 week cash flow forecast, plan versus actual, Debtor-in-Possession (DIP) agreements and financing, liquidity forecast and other financial analyses. | 418.5 | $164,727.50 |
| CLAIMS | Assist the Debtors with claims process, review of claims filed, calculation of reclamation claims/other claims for planning, claim noticing and bar date issues, claim reconciliation, and related work including submission of related motions to the court. | 165.6 | $68,311.00 |
| CONTRACTS/CURES | Assist the Debtors with compilation of executory contract listing, filing of cure notices as part of asset sale, reconciliation of cure amounts, and work on assumption/rejection/designation of contracts. | 108.4 | $49,836.50 |
| COURT | Prepare for and attend the Debtors' hearings. | 37.2 | $23,490.00 |
| FINANCIAL ANALYSIS | Ad-hoc financial analyses made at the request of various constituencies, including the Debtor including development of various financial models and sensitivities with respect to the asset sale process, confidential information memorandum, and actuals. | 308.2 | $115,418.00 |
| INFORMATION REQUESTS | Addressing information requests from the Debtor's secured lenders, potential buyers, unsecured creditors committee, vendors, customers, claimants and related advisors. | 91.5 | $47,191.00 |
| LEASES | Assist the Debtors with lease analyses, potential assumption or rejection of leases, lease negotiation, and execution of lease strategy. | 26.4 | $15,285.00 |
| MEETINGS/TELECONFERENCES WITH COMMITTEE AND COMMITTEE'S ADVISORS | Prepare for and participate in meetings and teleconferences with Debtors' unsecured creditors Committee and its' advisors. | 55.0 | $32,490.00 |
| MEETINGS/TELECONFERENCES WITH LENDERS AND LENDERS' ADVISORS | Prepare for and participate in meetings and teleconferences with the Debtors' secured DIP lenders and advisors. | 47.4 | $27,705.00 |
| MOR | Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, Form 26, foreign entity information, and other related matters and ad-hoc requests from the US Trustee. | 140.9 | $62,600.50 |
| MOTIONS/ORDERS | Complete analyses and assist the Debtors on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions. | 99.8 | $48,052.50 |
| RETENTION | Prepare documents in compliance with Court retention requirements. | 9.8 | $6,210.00 |
| STATEMENTS/SCHEDULES | Assist the Debtors with the creation and filing of Statements and Schedules with background information and all other related matters. | 668.4 | $262,746.00 |
| STATUS MEETINGS | Prepare for and participate in the Debtors regular status meetings including A&M internal meetings, BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors. | 136.8 | $77,180.00 |
| VENDOR | Assist the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, payments, and advising Debtors' on general | 164.8 | $76,447.50 |
| | TOTAL | 3,207.3 | $1,466,700.00 |
| | BLENDED RATE $457 | | |

4

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Airfare | Various | $ 39,728.50 |
| Lodging | Various | $ 25,429.97 |
| Meals | Various | $ 3,556.78 |
| Transportation | Various | $ 9,252.81 |
| Miscellaneous | Various | $ 1,012.49 |
| Telephone | Various | $ 157.60 |
| **Total** | | **$ 79,138.15** |

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by Applicant for the Compensation Period:

Exhibit B – Summary of Time Detail by Task

Exhibit C – Summary of Time Detail by Professional

Exhibit D – Summary of Time Detail by Task by Professional

Exhibit E – Time Detail by Task Code by Professional which includes a daily time log detailing the activities and services performed by the Applicant on behalf of the Debtors

Exhibit F – Summary of Expenses by Category

Exhibit G – Expense Detail by Category by Professional which includes a breakdown of the Applicant's expenses incurred

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), et al.,**[1] | ) Case No. 13-12329 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Hearing Date: Only if objections are timely filed** |

## FIRST MONTHLY FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC
## FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS RESTRUCTURING ADVISOR TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 9, 2013 THROUGH OCTOBER 31, 2013

Alvarez & Marsal North America, LLC ("*A&M*"), restructuring advisor for FBI Wind Down, Inc. (f/k/a Furniture Brands International, Inc.), and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "*Debtors*"), submits this first monthly fee application (the "*Application*")[2] for the period from September 9,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Furniture Brands International, Inc. (7683); Action Transport, Inc. (7587); Broyhill Furniture Industries, Inc. (3217); Broyhill Home Furnishings, Inc. (8844); Broyhill Retail, Inc. (8843); Broyhill Transport, Inc. (1721); Furniture Brands Holdings, Inc. (2837); Furniture Brands Operations, Inc. (4908); Furniture Brands Resource Company, Inc. (1288); HDM Furniture Industries, Inc. (7484); HDM Retail, Inc. (6125); HDM Transport, Inc. (4378); Lane Furniture Industries, Inc. (5064); Lane Home Furnishings Retail, Inc. (9085); Laneventure, Inc. (8434); Maitland-Smith Furniture Industries, Inc. (7486); Thomasville Furniture Industries, Inc. (6574); Thomasville Home Furnishings, Inc. (3139); Thomasville Retail, Inc. (f/k/a Classic Design Furnishings, Inc.) (6174). The debtors' corporate headquarters is located at 1 N. Brentwood Blvd., St. Louis, Missouri 63105.

[2] The Debtors submit this Application pursuant to sections 330 and 331 of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*"), the *Order Authorizing the Debtors to Retain and Employ Alvarez & Marsal North America, LLC as Restructuring Advisor, nunc pro tunc to the petition date*, entered on October 2, 2013 [Docket No. 308] (the "*Retention Order*") and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Debtors and Committee Professionals*, entered on September 30, 2013 [Docket No. 240], (the "*Interim Compensation Order*").

2013 through October 31, 2013 (the "*Compensation Period*"), seeking interim payment of compensation for fees and expenses in the total amount of $1,252,498.15 consisting of: (a) $1,173,360.00 which is 80% of the fees incurred for reasonable and necessary professional services rendered by A&M during the Compensation Period; and (b) $79,138.15 for the actual and necessary costs and expenses that A&M incurred during the Compensation Period. In support of this Application, A&M respectfully states as follows:

### I.    JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

1.   This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

### II.    BACKGROUND

2.   On September 9, 2013 (the "*Petition Date*"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.   Until the closing of the sale of substantially all their assets, the Debtors have continued in the management of its business and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.   In accordance with the provisions of section 1102(b) of the Bankruptcy code, on September 18, 2013, the United States Trustee appointed an official committee of unsecured creditors (the "*Committee*") in the Debtors' case.

4.      On October 2, 2013, this Court entered an Order [Docket No. 308] approving the retention of A&M as restructuring advisor to the Debtors, *nunc pro tunc* to the Petition Date. A true and correct copy of the retention order is attached hereto as Exhibit "A".

5.      A&M has continuously rendered services on behalf of the Debtors for the period from September 9, 2013 through October 31, 2013 (the "***Compensation Period***"), totaling 3,207.3 hours of professional time.  For time specifically related to the petition date of September 9, 2013, A&M professionals split their time based on the timing of the Debtors' petition filing (~ 1:00pm est) and only included time incurred after the petition filing.

6.      Attached hereto as Exhibits "B-G" is a full and detailed statement describing the professional services rendered and expenses incurred by each A&M professional during the Compensation Period.

7.      To assist the Court in its review of the fees sought by the Applicant, Applicant has separated its time entries in Exhibit "D" into the following categories:

   a. Accounting.  This category includes time spent by Applicant assisting the Debtors with accounting related items including, but not limited to, filing date cut-off processes, pre-petition and post-petition claims payment processes, reporting requirements, bank related items, and other accounting related items.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $57,791.50 (136.5 hours).

b. <u>Analysis of Benefit Issues</u>.  This category includes time spent by Applicant assisting the Debtors with the analysis of various employee/benefit issues as a result of the Chapter 11 filing including Key Employee Incentive Plans (KEIP) and Key Employee Retention Plans (KERP).  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $103,160.00 (139.3 hours).

c. <u>Analysis of Operational Issues</u>.  This category includes time spent by Applicant assisting the Debtors with various operational issues and development/execution of operational strategies for the various Debtors' businesses.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $27,617.50 (46.0 hours).

d. <u>Analysis of Restructuring Issues</u>.  This category includes time spent by Applicant assisting the Debtors in the consideration of various restructuring alternatives presented in the case including development of recovery models and analyses.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $37,342.50 (63.0 hours).

e. <u>Asset Sale Support</u>.  This category includes time spent by Applicant assisting the Debtors and advisors with various asset sales including discussions with potential buyers, attaining and submitting information for buyer diligence related to the sale, supplying supporting analysis/forecasts, and creation/support of Asset Purchase Agreements.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $121,315.50 (243.2 hours).

f. <u>Caps</u>.  This category includes time spent by Applicant assisting the Debtors with disbursement tracking against court-ordered caps on spending levels, creation of weekly dashboards, tracking of critical vendor payments, and related analysis/tracking of spending levels.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $41,782.50 (100.6 hours).

g. <u>Cash/DIP</u>.  This category includes time spent by Applicant assisting the Debtors with the 13 week cash flow forecast, plan versus actual, Debtor-in-Possession (DIP) agreements and financing, liquidity forecast and other financial analyses.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $164,727.50 (418.5 hours).

h. <u>Claims</u>.  This category includes time spent by Applicant assisting the Debtors with claims process, review of claims filed, calculation of reclamation claims/other claims for planning, claim noticing and bar date issues, claim reconciliation, and related work including submission of related motions to the court.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $68,311.00 (165.6 hours).

i. <u>Contracts/Cures</u>.  This category includes time spent by Applicant assisting the Debtors with compilation of executory contract listing, filing of cure notices as part of asset sale, reconciliation of cure amounts, and work on assumption/rejection/designation of contracts.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $49,836.50 (108.4 hours).

j. <u>Court</u>.  This category includes time spent by Applicant preparing for and attending Debtors' hearings.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $23,490.00 (37.2 hours).

k.  <u>Financial Analysis</u>.  This category includes time spent by Applicant preparing ad-hoc financial analyses made at the request of various constituencies, including the Debtor, including development of various financial models and sensitivities with respect to the asset sale process, confidential information memorandum, and analysis of operating results.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are  $115,418.00 (308.2 hours).

l.  <u>Information Requests</u>.  This category includes time spent by Applicant assisting the Debtors with addressing information requests from the Debtor's secured lenders, potential buyers, unsecured creditors committee, vendors, customers, claimants and related advisors.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $47,191.00 (91.5 hours).

m.  <u>Leases</u>.  This category includes time spent by Applicant assisting the Debtors with lease analyses, potential assumption or rejection of leases, lease negotiation, and execution of lease strategy..  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are  $15,285.00 (26.4 hours).

n.  <u>Meeting/Teleconferences with Committee and Committee's Advisors</u>.  This category includes time spent by Applicant preparing for and participating in meetings and teleconferences with Debtors' unsecured creditors committee and its' advisors. The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $32,490.00 (55.0 hours).

o.  <u>Meeting/Teleconferences with Lenders and Lenders' Advisors</u>.  This category includes time spent by Applicant preparing for and participating in meetings and teleconferences with Debtors' secured lenders and advisors. The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $27,705.00 (47.4 hours).

p. <u>MOR</u>.  This category includes time spent by Applicant assisting the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, Form 26, foreign entity information, and other related matters and ad-hoc requests from the US Trustee..  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $62,600.50 (140.9 hours).

q. <u>Motions/Orders</u>.  This category includes time spent by Applicant assisting the Debtors with completing analyses and assisting the Debtors on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $48,052.50 (99.8 hours).

r. <u>Retention</u>.  This category includes time spent by Applicant preparing documents in compliance with Court retention requirements. The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $6,210.00 (9.8 hours).

s. <u>Statements/Schedules</u>.  This category includes time spent by Applicant assisting the Debtors and its' advisors helping with Statements and Schedules preparation with background information and other related matters.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $262,746.00 (668.4 hours).

t. <u>Status Meetings</u>.  This category includes time spent by Applicant preparing for and participating in the Debtors regular status meetings including A&M internal meetings, BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors.  The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $77,180.00 (136.8 hours).

u. <u>Vendors</u>. This category includes time spent by Applicant assisting the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, payments, and advising Debtors' on general accounts payable questions. The total fees sought for this category for the period September 9, 2013 through October 31, 2013 are $76,447.50 (164.8 hours).

The foregoing general description of services rendered in specific areas is not intended to be exhaustive of the scope of Applicant's activities on behalf of the Debtors in this case. The time records attached as <u>Exhibit "D"</u> present more completely the work performed by Applicant in each billing category during the period covered by this Application.

8. The total sum due to A&M for professional services rendered on behalf of the Debtors for the Compensation Period is $1,466,700.00 . A&M submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

9. The fees charged by A&M in these cases are billed in accordance with its existing billing rates and procedures in effect during the Fee Period. The rates A&M charges for the services rendered by its professionals in these chapter 11 cases are the same rates A&M charges for professional services rendered in comparable nonbankruptcy related matters. [3]

10. A&M also expended costs on behalf of the Debtors in the sum of $79,138.15 during the Compensation Period. A&M followed a discretionary policy on this engagement to limit meal expenses to the lower of actual expense or $20.00 (per person) regardless of actual meal charge. (Attached hereto as <u>Exhibit "G"</u> is an itemized list of expenses incurred during the Compensation Period.

---

[3] As provided in the Debtors' application to retain A&M, to reflect economic and other conditions, A&M revises its regular hourly rates annually, effective January 1. Consistent therewith, A&M will revise the hourly rates of some or all of the professionals representing the Debtors in these chapter 11 cases effective January 1, 2014.

8

11. A&M accordingly seeks allowance of the sum of $1,466,700.00 in fees and $79,138.15 in expenses, for a total of $1,545,838.15 .

11. I have reviewed the foregoing Application and the facts as set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the requirements of Del.Bankr.LR 2016-2 and submit that this Application complies with such rule.

WHEREFORE, A&M requests:  (i) interim  allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $1,466,700.00  and reimbursement of actual and necessary expenses incurred in the sum of $79,138.15 for the period September 9, 2013 through October 31, 2013; (ii) payment in the amount of $1,252,498.15  representing 80% of the total fees billed and 100% of the expenses incurred during the Application Period, as provided under the Interim Compensation Order; and (iii) such other relief as this Court deems just and proper.

Respectfully submitted,

Dated:  December 30, 2013
     New York, NY

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

_____
Shawn C. A. Hassel
600 Madison Avenue,
8th Floor
New York, NY 10022
Telephone:  602.459.7051
Facsimile:   602.459.7001
shassel@alvarezandmarsal.com

*Restructuring Advisors for the Debtors and Debtors-in-Possession*